IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

MAY 02 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-285 |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

To:    David E. Wilks, Esquire
       Buchanan Ingersoll PC
       1007 N. Orange Street, Suite 1110
       Wilmington, DE 19801

       Attorneys for Plaintiff

       **PLEASE TAKE NOTICE** that a Notice of Removal of this action from the Superior Court

of Delaware, New Castle County, to the United States District Court for the District of Delaware

was duly filed in the United States District Court for the District of Delaware.

McCARTER & ENGLISH, LLP

BY:_____
       Paul A. Bradley (DE Bar ID #2156)
       919 N. Market Street, 18th Floor
       Wilmington, DE 19899
       (302) 984-6300
DATED: May 2, 2006                    Attorneys for Defendant Metlife, Inc.

ME1\5627416.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, hereby certify that I caused to be delivered this 2nd day of May, 2006, a

copy of the foregoing Notice to Adverse Party of Filing of Notice of Removal to the following

persons by the method indicated:

### BY FACSIMILE AND BY FIRST CLASS MAIL

David E. Wilks, Esquire
Buchanan Ingersoll PC
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801

Julie E. Green, Esquire
Edwards & Angell
111 Huntington Avenue
Boston, MA  02199-7613

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedome Business Center, Suite 200
P.O. Box 62330
King of Prussia, PA  19406

Paul A. Bradley (DE Bar ID 2156)

ME1\5627416.1