IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>      Plaintiffs,<br><br>      v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-285 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO EXTEND TIME TO
### ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiffs, by and through their attorney, David E. Wilks, Esquire, Reed Smith LLP, and defendant MetLife, Inc., by and through its counsel Paul A. Bradley, McCarter & English, LLP, hereby agree that defendant MetLife, Inc.'s time to answer or otherwise respond to the Complaint, is hereby extended to May 15, 2006.

| REED SMITH LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| /s/ David E. Wilks | /s/ Paul A. Bradley |
| David E. Wilks (DE ID No. 2793)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7517<br>Attorney for Plaintiffs | Paul A. Bradley (DE ID No. 2156)<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899-0111<br>(302) 984-6300<br>Attorney for Defendant<br>MetLife, Inc. |

**BY THE COURT**

_____
J.

ME1\5632760.1

# CERTIFICATE OF SERVICE

I, Paul A. Bradley, hereby certify that on May 11, 2006, I caused a copy of the foregoing Stipulation to Extend Time to Answer or Otherwise Respond to Complaint to be served upon counsel of record via electronic filing.

        McCARTER & ENGLISH LLP

By: _____
Paul A. Bradley (DE Bar #2156)
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
MetLife, Inc.

ME1\5632760.1