IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>    Defendants. | C.A. No. 06-CV-00285 (KAJ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiff and Defendant Wezner, subject to approval by the Court, that the date by which Defendant Richard Wezner may respond to Plaintiff's Complaint shall be extended to May 29, 2006.

Dated: May 16, 2006

| EDWARDS ANGELL PALMER & DODGE LLP | REED SMITH LLP |
|---|---|
| /s/Denise Seastone Kraft<br>Denise Seastone Kraft (No. 2778)<br>Paul D. Brown (No. 3903)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>302-425-7106<br>888-325-0741 (Fax)<br>dkraft@eapdlaw.com<br><br>Attorneys for Defendant Richard S. Wezner | /s/David E. Wilks<br>David E. Wilks<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>302-778-7560<br>302-778-7575 (Fax)<br>dwilks@reedsmith.com<br><br>Attorneys for Plaintiffs |

- 2 -

**OF COUNSEL:**

Julia E. Green (*Pro Hac Vice*)
Mary-Pat Cormier (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420

Attorneys for Defendant Richard S. Wezner

So ORDERED this ___ day of May, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on May 16, 2006, I caused true and correct copies of the foregoing **STIPULATION AND ORDER** to be served on the following parties in the manner indicated:

### Via Hand Delivery

Paul A. Bradley
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19899

David E. Wilks
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

                                          /s/Denise Seastone Kraft
                                          Denise Seastone Kraft (DE Bar No. 2778)