IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-285<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Thomas G. Whalen, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of William J. Payne, 620 Freedom Business Center, Suite 200, P. O. Box 62330, King of Prussia, PA 19406, to represent John Hancock Mutual Life Insurance Company (proper name of defendant is John Hancock Variable Life Insurance Company) in this action. The Admittee is admitted, practicing, and in good standing in Massachusetts, Pennsylvania and New York, and the bars of the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania and the United States Court of Appeals for the Third Circuit.

/s/ Thomas G. Whalen, Jr
Thomas G. Whalen, Jr. (No. 4034)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 425-3304
Attorneys for Defendant John Hancock

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with the Rules.

William J. Payne, Esquire   5/16/06
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

Motion granted.

BY THE COURT:

Date:_____   _____
UNITED STATES DISTRICT COURT JUDGE

SL1 635417v1/010155.00033

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that, on May 17, 2006, I caused true and correct copies of the foregoing Motion to be served upon Plaintiffs' counsel by first class United States mail, postage prepaid, and addressed as follows:

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Attorneys for Plaintiff

Paul A. Bradley, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Attorneys for MetLife

Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 North Market Street, 14th Floor
Wilmington, DE 19801
Attorneys for Richard Wezner

Thomas G. Whalen, Jr.