IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CP., and METLIFE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-285 ) ) ) ) ) ) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Buchanan Ingersoll PC, by Jami B. Nimeroff, is hereby withdrawing their appearance on behalf of MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Reed Smith LLP, by David E. Wilks, is hereby entering his appearance on behalf of MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK in the above-captioned matter.

Date: May 17, 2006         REED SMITH LLP

                                          By:   /s/ David E. Wilks
                                                   David E. Wilks
                                                   I.D. No. 2793
                                                   1201 Market Street, Suite 1500
                                                   Wilmington, Delaware 19801
                                                   (302) 778-7560

                                                   BUCHANAN INGERSOLL PC

Date: May 17, 2006         By:   /s/ Jami B. Nimeroff
                                                   Jami B. Nimeroff
                                                   I.D. No. 4049
                                                   1007 North Orange Street, Suite 1110
                                                   Wilmington, Delaware 19801
                                                   (302) 428-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CP., and METLIFE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-285 ) ) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I, David E. Wilks, hereby certify that on the 18th day of May, 2006, I caused a true and correct copy of a ***Withdrawal and Substitution of Counsel*** to be served on the parties listed below, via electronic CM-ECF:

*Attorneys for Defendant Richard Wezner:*

Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 North Market Street, 14th Floor
Wilmington, DE 19899

*Attorneys for Defendant John Hancock Mutual Life Insurance CP:*

Thomas G. Whalen, Jr., Esquire
Stevens & Lee P.C..
1105 North Market Street, Suite 700
Wilmington, DE 19801

*Attorneys for Defendant MetLife:*

Paul A. Bradley, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Dated: May 18, 2006

                                               /s/ David E. Wilks
                                               David E. Wilks (DE ID 2793)