IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 06-285<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendant John Hancock Mutual Life Insurance Co. ("John Hancock"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for John Hancock to answer, move, plead or otherwise respond to the Complaint in this action shall be extended to June 1, 2006. The undersigned counsel also hereby enter their appearance on behalf of their respective clients.

| | |
|---|---|
| **REED SMITH, LLP**<br><br>By: /s/ David E. Wilks<br>David E. Wilks (ID No. 2793)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Telecopy: (302) 778-7575<br>*Attorneys for Plaintiffs* | **STEVENS & LEE, P.C.**<br><br>By: /s/ Joseph Grey<br>Joseph Grey (I.D. No. 2358)<br>1105 North Market Street, Seventh Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-5180<br>Telecopy: (302) 654-5181<br>*Attorneys for Defendant John Hancock Mutual Life Insurance Co* |

**SO ORDERED,** this ___ day of May, 2006

_____, **Judge**

SLI 633751v1/010155.00033

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 19th day of May, 2006, true and correct copies pf the following Stipulation and Order were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

        Paul A. Bradley, Esquire
        McCarter & English, LLP
        919 North Market Street, 18th Floor
        Wilmington, DE  19801

        Julie E. Green, Esquire
        Edwards Angell Palmer & Dodge
        111 Huntington Avenue
        Boston, MA  02199-7613

        John L. Reed, Esquire
        Edwards Angell Palmer & Dodge
        919 North Market Street
        15th Floor
        Wilmington, Delaware  19801

_____
Joseph Grey

SL1 633751v1/010155.00033