IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-CV-00285 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Julia E. Green, Mary Patricia Cormier and Ki O)

Pursuant to Local Rule 83.5 and the three attached certifications, counsel moves the admission pro hac vice of Julia E. Green, Mary Patricia Cormier and Ki O of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 to represent Defendant Richard Wezner in this action.

Dated: May 30, 2006         EDWARDS ANGELL PALMER & DODGE LLP
   Wilmington, Delaware

                    /s/ Denise Seastone Kraft
                    Denise Seastone Kraft (No. 2778)
                    919 N. Market Street, Suite 1500
                    Wilmington, DE 19801
                    (302) 777-7770
                    (302) 777-7263 Facsimile
                    dkraft@eapdlaw.com

### ORDER GRANTING MOTION

  **IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Julia E. Green, Mary Patricia Cormier and Ki O is granted.

                    _____
                    J.
Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

_____
Julia E. Green
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199

- 2 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

_____
Ki O
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199

- 3 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Mary Patricia Cormier
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on May 30, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Julia E. Green, Mary Patricia Cormier and Ki O)** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

David E. Wilks
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Paul A. Bradley
McCarter & English
919 North Market Street, 18th Floor
Wilmington, DE  19801

        **EDWARDS ANGELL PALMER & DODGE LLP**

        */s/ Denise Seastone Kraft*
Denise Seastone Kraft (I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
dkraft@eapdlaw.com