IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-285 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING
<u>TIME TO FILE REPLY BRIEF</u>**

　　Plaintiffs, by and through their attorney, David E. Wilks, Esquire, Reed Smith LLP, and defendant MetLife, Inc., by and through its counsel Paul A. Bradley, McCarter & English, LLP, hereby agree to an extension until June 13, 2006 for defendant MetLife, Inc. to file its Reply in Support of Its Motion to Dismiss.

| REED SMITH LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| _/s/_ | _/s/_ |
| David E. Wilks (DE ID No. 2793) | Paul A. Bradley (DE ID No. 2156) |
| 1201 Market Street, Suite 1500 | 919 North Market Street, Suite 1800 |
| Wilmington, DE 19801 | P.O. Box 111 |
| (302) 778-7517 | Wilmington, DE 19899-0111 |
| Attorney for Plaintiffs | (302) 984-6300 |
| | Attorney for Defendant |
| | MetLife, Inc. |

*(handwritten note at left: "For: with perm.")*

**BY THE COURT**

_____
J.

5686401.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, hereby certify that on June 6, 2006, I caused a copy of the foregoing Defendant MetLife, Inc.'s Stipulation to Extend Time to file its Reply Brief to Its Motion to Dismiss to be served upon counsel of record via electronic filing.

McCARTER & ENGLISH LLP

By: _____
Paul A. Bradley (DE Bar #2156)
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
MetLife, Inc.

5686401.1