McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

WILLIAM F. TAYLOR, JR.

wtaylor@mcarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

June 6, 2006

**VIA HAND DELIVERY**

The Honorable Judge Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Mark Bonk and Patricia Bonk as trustee of the Harry and Patricia Bonk Irrevocable Trust v. Richard Wezner, John Hancock Mutual Life Insurance Co. and MetLife, Inc.**
      **U.S. District Court for the District of Delaware, C.A. 06-285 (KAJ)**
      **Our File No.: 54394-95295**

Dear Judge Jordan:

   Enclosed please find the Stipulation and Order Extending Time to File Reply Brief which was filed by our office in the above captioned case. We respectfully request that the enclosed order be entered at the convenience of the Court.

   As always, I am available at the Court's convenience should there be any questions in this matter.

Respectfully submitted,

WILLIAM F. TAYLOR, JR.

WFT/jc

Enclosure

HARTFORD   STAMFORD   NEW YORK CITY   NEWARK   PHILADELPHIA   WILMINGTON   BALTIMORE
860.275.6700   203.324.1800   212.609.6800   973.622.4444   215.979.3800   302.984.6300   410.659.8500

ME1\5686514.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br>Plaintiffs, <br><br>v. <br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) C.A. No. 06-285 (KAJ) ) ) ) ) ) ) |

**STIPULATION AND ORDER EXTENDING
TIME TO FILE REPLY BRIEF**

Plaintiffs, by and through their attorney, David E. Wilks, Esquire, Reed Smith LLP, and defendant MetLife, Inc., by and through its counsel Paul A. Bradley, McCarter & English, LLP, hereby agree to an extension until June 13, 2006 for defendant MetLife, Inc. to file its Reply in Support of Its Motion to Dismiss.

REED SMITH LLP

*/s/*
For: David E. Wilks (DE ID No. 2793)
with   1201 Market Street, Suite 1500
perm.  Wilmington, DE 19801
       (302) 778-7517
       Attorney for Plaintiffs

MCCARTER & ENGLISH, LLP

*/s/*
Paul A. Bradley (DE ID No. 2156)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899-0111
(302) 984-6300
Attorney for Defendant
MetLife, Inc.

**BY THE COURT**

_____
J.

5686401.1

DKT. NO. _14_

DT. FILED _6/6/06_

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, hereby certify that on June 6, 2006, I caused a copy of the foregoing Defendant MetLife, Inc.'s Stipulation to Extend Time to file its Reply Brief to Its Motion to Dismiss to be served upon counsel of record via electronic filing.

McCARTER & ENGLISH LLP

By: _____
Paul A. Bradley (DE Bar #2156)
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
MetLife, Inc.

5686401.1