IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-285 (KAJ) |
| | ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Paul A. Bradley, Esquire of McCarter

& English LLP as counsel for MetLife, Inc.

PLEASE ENTER THE APPEARANCE of William F. Taylor Jr. of McCarter & English

LLP as counsel for MetLife, Inc.

**MARON & MARVEL, P.A.**

/s/ PAUL A. BRADLEY
Paul A. Bradley (DE Bar ID 2156)
1300 North Broom Street
Wilmington, DE 19806
(302) 425-5177


June 7, 2006

**McCARTER & ENGLISH, LLP**

/S/ William F. Taylor Jr.
Wiliam F. Taylor Jr. (DE Bar ID 2936)
919 N. Market Street, 18th Floor
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300


June 7, 2006

MEI\5687102.1

## CERTIFICATE OF SERVICE

I, William F. Taylor Jr., hereby certify that on June 7, 2006, I caused a copy of the

foregoing Substitution of Counsel to be served upon counsel of record via electronic filing.

McCARTER & ENGLISH LLP

By: _____

William F. Taylor Jr. (DE Bar ID 2936)
919 N. Market Street, 18th Floor
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorney for Defendant

MEI\5687102.1