IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>      Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-285<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert P. Lesko of McCarter & English, LLP, 100 Mulberry Street Newark, New Jersey 07101 to represent MetLife, Inc. in this action.

*/s/ William F. Taylor, Jr.*

William F. Taylor, Jr. (DE # 2936)
Katharine L. Mayer (DE # 3758)
McCarter & English, LLP
919 North Market Street, Suite 1800
Post Office Box 111
Wilmington, Delaware 19899
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com
kmayer@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the States of New Jersey, California and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
rlesko@mccarter.com

## ORDER GRANTING MOTION

It is hereby ordered COUNSEL'S MOTION FOR ADMISSION PRO HAC VICE IS GRANTED.

Date:_____          _____

ME1\5688144.1

## CERTIFICATE OF SERVICE

I, William F. Taylor Jr. undersigned counsel of record, hereby certify that on June 14, 2006, I caused a copy of the foregoing Motion And Order For Admission Pro Hac Vice to be served on the following counsel by first class mail:

| | |
|---|---|
| David E. Wilks, Esquire<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Denise Seastone Draft, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market St., 15th Floor<br>Wilmington, DE 19801 |
| Julie E. Green, Esq.<br>Mary Patricia Cormier, Esq.<br>Ki O, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | Joseph Grey, Esq.<br>Thomas G. Whalen, Jr.<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |

/s/ William F. Taylor Jr.
William F. Taylor, Jr. (DE # 2936)

ME1\5687999.1