IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>        Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 06-285 (KAJ) |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, plaintiffs hereby respectfully request oral argument on defendant MetLife, Inc.'s motion to dismiss.

                                                           Respectfully submitted,

                                                           REED SMITH LLP

                                                           */s/ David E. Wilks*
                                                           David E. Wilks (DE ID No. 2793)
                                                           1201 Market Street, Suite 1500
                                                           Wilmington, DE 19801
                                                           Tel.: (302) 778.7560
                                                           Fax: (302) 778.7575
                                                           E-mail: dwilks@reedsmith.com

Dated: Wilmington, Delaware
        June 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>                Plaintiffs,<br><br>    v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CP., and METLIFE, INC.,<br><br>                Defendants. | Civil Action No. 06-285 |

**CERTIFICATE OF SERVICE**

I, David E. Wilks, hereby certify that on the 15th day of June, 2006, I caused a true and correct copy of *Application for Oral Argument* to be served on the parties listed below, via electronic CM-ECF:

*Attorneys for Defendant Richard Wezner:*

Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 North Market Street, 14th Floor
Wilmington, DE 19899

*Attorneys for Defendant John Hancock Mutual Life Insurance CP:*

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee P.C..
1105 North Market Street, Suite 700
Wilmington, DE 19801

*Attorneys for Defendant MetLife:*

Paul A. Bradley, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

Dated: June 15, 2006

                                              /s/ David E. Wilks
                                              David E. Wilks (DE ID 2793)