IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-CV-00285 (KAJ) ) ) |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (John J. Tumilty)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John J. Tumilty of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 to represent Defendant Richard Wezner in this action.

Dated: June 22, 2006
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-425-7106
888-325-9741 (Fax)
dkraft@eapdlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for John J. Tumilty is granted.

_____
The Honorable Kent A. Jordan

Dated:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

John J. Tumilty
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on June 22, 2006, I caused true and correct copies of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOHN J. TUMILTY** to be served on the parties listed in the manner indicated.

**VIA HAND DELIVERY**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406


**EDWARDS ANGELL PALMER & DODGE LLP**

_/s/ Denise S. Kraft_
Denise Seastone Kraft (I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
dkraft@eapdlaw.com