IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>Defendants. | C.A. No. 06-CV-00285 (KAJ) |

### ANSWER OF DEFENDANT RICHARD S. WEZNER TO CROSS-CLAIM OF CO-DEFENDANT JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY

Richard S. Wezner ("Mr. Wezner") hereby answers the correspondingly numbered paragraphs of the Cross-Claim of Co-Defendant John Hancock Mutual Life Insurance ("John Hancock") in the above-captioned action as follows[1]:

1.  Mr. Wezner admits the allegations in the first sentence of paragraph 1. Mr. Wezner denies the allegations in the second sentence of paragraph 1. Mr. Wezner admits that John Hancock purports to assert a cross-claim against him and denies all remaining allegations in the third sentence of paragraph 1. The fourth sentence of paragraph 1 is a description of the relief sought by John Hancock in its cross-claim which does not require a response. To the extent that a response may be required, Mr. Wezner denies the allegations contained in the fourth sentence of paragraph 1. Mr. Wezner denies any remaining allegations in paragraph 1.

---

[1] Mr. Wezner incorporates by reference his Answer to the Plaintiff's complaint as if fully set forth herein.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

The cross-claim fails to state a claim upon which relief can be granted.

### **Second Affirmative Defense**

The cross-claim is barred, in whole or in part, by the doctrine of license.

### **Third Affirmative Defense**

Mr. Wezner was acting within the scope of his agency during any affiliation with John Hancock.

### **Fourth Affirmative Defense**

The cross-claim is barred by the doctrines of estoppel and waiver.

### **Fifth Affirmative Defense**

John Hancock has not suffered any injury or damages as a result of any alleged act conducted by Mr. Wezner.

### **Sixth Affirmative Defense**

The cross-claim is barred by the applicable statute of limitations.

## CONCLUSION

WHEREFORE, Mr. Wezner respectfully requests an Order of this Court denying and dismissing the Cross-Claim of Co-Defendant John Hancock with prejudice, together with the costs of defending against such Cross-Claim, including reasonable attorneys' fees and such other relief as the Court deems just and proper.

Dated: June 29, 2006
      Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Denise S. Kraft_
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(888) 325-9741 Facsimile
dkraft@eapdlaw.com

**OF COUNSEL:**

John J. Tumilty (Admitted *pro hac vice*)
Mary Patricia Cormier (Admitted *pro hac vice*)
Ki O (Admitted *pro hac vice*)
Julia E. Green (Admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
(617) 227-4420

*Attorneys for Defendant Richard Wezner*

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on June 29, 2006, I caused true and correct copies of the **Answer of Defendant Richard S. Wezner To Cross-Claim of Co-Defendant John Hancock Mutual Life Insurance Company** to be served on the following parties in the manner indicated.

<u>**VIA HAND DELIVERY**</u>

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

<u>**VIA U.S. FIRST CLASS MAIL**</u>

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

_____
Denise Seastone Kraft (I.D. 2778)