IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-CV-00285 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Denise Seastone Kraft, certify that on this 19th day of July, 2006, I caused true and correct copies of **Defendant Richard S. Wezner's Rule 26(A) Initial Disclosures** to be served on the following parties in the manner indicated:

**VIA HAND DELIVERY**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

_/s/ Denise Seastone Kraft_
Denise Seastone Kraft (I.D. 2778)