IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>             Plaintiffs,<br><br>   v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CP., and METLIFE, INC.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-285<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs Mark Bonk, as Trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk and Patricia Bonk (collectively, "Plaintiffs") by and through their undersigned counsel, Reed Smith LLP, hereby make the following initial disclosures pursuant Fed. R. Civ. P. 26(a)(1) and D. Del. L.R. 16.2. Plaintiffs reserve the right to supplement these disclosures as information becomes available.

    A.    <u>**Witnesses Likely To Have Discoverable Information:**</u>

To the extent known by Plaintiffs, the individuals who, upon and information and belief, are likely to have discoverable information that Plaintiffs may use to support their allegations, unless solely for impeachment, include the following:

    1.    Mark Bonk
              c/o Reed Smith LLP
              1201 Market Street, Suite 1500
              Wilmington, DE 19801

    2.    Harry Bonk
              c/o Reed Smith LLP
              1201 Market Street, Suite 1500
              Wilmington, DE 19801

    3.    Patricia Bonk
              c/o Reed Smith LLP
              1201 Market Street, Suite 1500
              Wilmington, DE 19801

    4.      Richard Wezner
            Address uncertain.

In addition to the above-named individuals, Plaintiffs state that all persons listed in any discovery responses or on any documents produced or to be produced by any party may likely have knowledge of discoverable facts which Plaintiffs may use to support their allegations in this case.

Plaintiffs reserve the right to amend and/or supplement this list. By naming any person or persons herein, Plaintiffs do not, in any way, waive or limit their rights to any applicable privilege in any communications with such person or persons.

**B.    Relevant Documents In Plaintiffs' Possession:**

Upon information and belief, non-privileged documents, data compilations and tangible things in Plaintiffs' possession, custody or control that they may use to support their allegations in this matter include the following categories:

1. Life insurance policies and related documents;
2. Documents received from defendants;
3. Documents used or created by Richard Wezner; and
4. Correspondence between the parties.

In addition to the above-named categories of documents, Plaintiffs state that they may use any and all documents, data compilations and other tangible things produced during discovery to support their allegations in this case.

Plaintiffs make the above identifications with the express reservation of their right to withhold production of any document on the basis of privilege, as beyond the scope of discovery, or for any other proper reason under the Federal Rules of Civil Procedure or the Local Rules of Civil Procedure of the United States District Court for the District of Delaware. Plaintiffs further reserve the right to amend and/or supplement this list in accordance with their continuing investigation and discovery in this matter, up to and including the time of trial.

C. **Computation of Damages:**

A computation of the damages Plaintiffs have suffered as a result of the defendants' misconduct is not yet available to the Plaintiffs. That information will be disclosed as it becomes available.

D. **Insurance Agreements:**

None.

Date: July 17, 2006

REED SMITH LLP

By: _____
David E. Wilks
I.D. No. 2793
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7560

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>                Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CP., and METLIFE, INC.,<br><br>                Defendants. | Civil Action No. 06-285 |

**CERTIFICATE OF SERVICE**

I, David E. Wilks, hereby certify that on the 19th day of July, 2006, I caused a true and correct copy of *Plaintiffs' Initial Disclosures* to be served on the parties listed below, via electronic CM-ECF and U.S. Mail:

*Attorneys for Defendant Richard Wezner:*

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 14th Floor
Wilmington, DE 19899

*Attorneys for Defendant John Hancock Mutual Life Insurance CP:*

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee P.C..
1105 North Market Street, Suite 700
Wilmington, DE 19801

*Attorneys for Defendant MetLife:*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899

*Attorneys for Defendant Richard S. Wezner:*

John J. Tumilty, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

Dated: July 19, 2006

                                          /s/ David E. Wilks
                                          David E. Wilks (DE ID 2793)