IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>                Plaintiffs<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>                Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-285-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2006[1], John Hancock Variable Life Insurance ("Defendant") caused a true and correct copy of *John Hancock's Initial Disclosures* to be served upon the following counsel, via email and U.S. Mail, first class, postage prepaid:

    David E. Wilks, Esquire
    Reed Smith, LLP
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Attorney for Plaintiffs

    William F. Taylor, Jr. Esquire
    McCarter & English, LLP
    919 North Market Street, 18th Floor
    Wilmington, DE  19899
    Attorney for MetLife, Inc.

    Denise Seastone Kraft, Esquire
    Edwards Angell Palmer & Dodge LLP
    919 N. Market St., 15th Floor
    Wilmington, DE  19801
    Attorney for Richard S. Wezner

---

[1] The Certificate of Service incorrectly stated January 18, 2006 instead of July 18, 2006.

John J. Tumilty, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorney for Richard S. Wezner

Dated: July 20, 2006

**STEVENS & LEE, P.C.**

By_____
Joseph Grey ( No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: 302-654-5181
E-mails: jg@stevenslee.com
         tgw@stevenslee.com
-and-

William J. Payne (Admitted Pro Hac Vice)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

*Attorneys for Defendant, John Hancock Variable Life Insurance Company*

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that on this 20th day of July, 2006, I caused a true and correct copy of the foregoing *Notice of Service* to be served upon the following counsel electronically through the Court's CM/ECF system:

>David E. Wilks, Esquire
>Reed Smith, LLP
>1201 Market Street, Suite 1500
>Wilmington, DE 19801
>Attorney for Plaintiffs
>
>William F. Taylor, Jr. Esquire
>McCarter & English, LLP
>919 North Market Street, 18th Floor
>Wilmington, DE 19899
>Attorney for MetLife, Inc.
>
>Denise Seastone Kraft, Esquire
>Edwards Angell Palmer & Dodge LLP
>919 N. Market St., 15th Floor
>Wilmington, DE 19801
>Attorney for Richard S. Wezner
>
>John J. Tumilty, Esq.
>Edwards Angell Palmer & Dodge LLP
>111 Huntington Avenue
>Boston, MA 02199
>Attorney for Richard S. Wezner

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr.