IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC., <br><br>　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )　Civil Action No. 06-285 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, David E. Wilks, hereby certify that on this 26th day of July 2006, I caused a true and correct copy of *Plaintiffs' First Request for Production of Documents Directed to Defendant John Hancock Mutual Life Insuance Co.* together with this *Notice of Service* to be served upon the addressees listed below via hand delivery:

*Attorneys for Defendant John Hancock Mutual Life Insurance Co.:*

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee P.C..
1105 North Market Street, Suite 700
Wilmington, DE  19801

*Attorneys for Defendant Richard Wezner:*

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 14th Floor
Wilmington, DE  19899

*Attorneys for Defendant MetLife:*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899

Dated:  July 26, 2006

　　　　　　　　　　　　　　　　　　/s/ David E. Wilks
　　　　　　　　　　　　　　　　　　David E. Wilks (DE ID 2793)