IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK<br><br>Plaintiffs<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-285-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

### AMENDED NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 2, 2006, John Hancock Variable Life Insurance ("Defendant") caused true and correct copies of (i) *Defendant John Hancock's First Request For Production Of Documents Addressed To Richard Wezner,* (ii) *Defendant John Hancock's First Set Of Interrogatories Addressed To Defendant Richard Wezner,* (iii) *Defendant John Hancock's First Set Of Interrogatories Addressed To Plaintiffs,* and (iv) *Defendant John Hancock's First Request For Production Of Documents Addressed To Plaintiffs*[1] to be served upon the following counsel, via first class United States mail, postage prepaid:

> David E. Wilks, Esquire
> Reed Smith, LLP
> 1201 Market Street, Suite 1500
> Wilmington, DE 19801
> Attorney for Plaintiffs

---

[1] The document titles within some of the certificates of service were erroneous and therefore didn't correspond with the documents being served.

William F. Taylor, Jr. Esquire
McCarter & English, LLP
919 North Market Street, 18th Floor
Wilmington, DE 19899
Attorney for MetLife, Inc.

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market St., 15th Floor
Wilmington, DE 19801
Attorney for Richard S. Wezner

John J. Tumilty, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorney for Richard S. Wezner

Dated: August 7, 2006

STEVENS & LEE, P.C.

By _____
Joseph Grey ( No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: 302-654-5181
E-mails: jg@stevenslee.com
         tgw@stevenslee.com
-and-

William J. Payne (Admitted Pro Hac Vice)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

*Attorneys for Defendant, John Hancock Variable Life Insurance Company*

**CERTIFICATE OF SERVICE**

I, Thomas G. Whalen, Jr., hereby certify that on this 7th day of August, 2006, I caused a true and correct copy of the foregoing *Amended Notice of Service* to be served upon the following counsel electronically through the Court's CM/ECF system:

David E. Wilks, Esquire
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Attorney for Plaintiffs

William F. Taylor, Jr. Esquire
McCarter & English, LLP
919 North Market Street, 18th Floor
Wilmington, DE 19899
Attorney for MetLife, Inc.

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market St., 15th Floor
Wilmington, DE 19801
Attorney for Richard S. Wezner

John J. Tumilty, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorney for Richard S. Wezner

Thomas G. Whalen, Jr.