IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK : : : : : Plaintiffs : : v. : : RICHARD WEZNER, JOHN HANCOCK : MUTUAL LIFE INSURANCE CO., and : METLIFE, INC., : : Defendants : | Civil Action No. 06-285-KAJ |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 10, 2006, John Hancock Variable Life Insurance ("Defendant") caused true and correct copies of *Defendant John Hancock's First Request for Production of Documents Addressed to Metlife, Inc.* and *Defendant John Hancock's First Set of Interrogatories Addressed to Metlife, Inc.* to be served upon the following counsel, via first class United States mail, postage prepaid:

> David E. Wilks, Esquire
> Reed Smith, LLP
> 1201 Market Street, Suite 1500
> Wilmington, DE 19801
> Attorney for Plaintiffs
>
> William F. Taylor, Jr. Esquire
> McCarter & English, LLP
> 919 North Market Street, 18th Floor
> Wilmington, DE 19899
> Attorney for MetLife, Inc.
>
> Denise Seastone Kraft, Esquire
> Edwards Angell Palmer & Dodge LLP
> 919 N. Market St., 15th Floor
> Wilmington, DE 19801
> Attorney for Richard S. Wezner

John J. Tumilty, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorney for Richard S. Wezner

Dated: August 10, 2006

                            **STEVENS & LEE, P.C.**

                            By_____
                            Joseph Grey ( No. 2358)
                            Thomas G. Whalen, Jr. (No. 4034)
                            1105 North Market Street, 7th Floor
                            Wilmington, DE  19801
                            Telephone:  (302) 654-5180
                            Facsimile:  302-654-5181
                            E-mails: jg@stevenslee.com
                                        tgw@stevenslee.com
                            -and-

                            William J. Payne (Admitted Pro Hac Vice)
                            STEVENS & LEE, P.C.
                            620 Freedom Business Center, Suite 200
                            P. O. Box 62330
                            King of Prussia, PA 19406

                            *Attorneys for Defendant, John Hancock Variable Life Insurance Company*

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that on this 10th day of August, 2006, I caused a true and correct copy of the foregoing *Notice of Service* to be served upon the following counsel, via first class United States mail, postage prepaid:

> David E. Wilks, Esquire
> Reed Smith, LLP
> 1201 Market Street, Suite 1500
> Wilmington, DE 19801
> Attorney for Plaintiffs
>
> William F. Taylor, Jr. Esquire
> McCarter & English, LLP
> 919 North Market Street, 18th Floor
> Wilmington, DE 19899
> Attorney for MetLife, Inc.
>
> Denise Seastone Kraft, Esquire
> Edwards Angell Palmer & Dodge LLP
> 919 N. Market St., 15th Floor
> Wilmington, DE 19801
> Attorney for Richard S. Wezner
>
> John J. Tumilty, Esq.
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199
> Attorney for Richard S. Wezner

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr.