IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-285-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **21st** day of **August, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **August 28, 2006 at 10:30 a.m.** with the undersigned. **Counsel for Defendant Richard Wezner shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE