IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>Defendants. | Civil Action No. 06-285-KAJ |

### ORDER

At Wilmington this **28th** day of **August, 2006**,

IT IS HEREBY ORDERED that the parties shall submit a status report on or before October 12, 2006.

IT IS FURTHER ORDERED that the parties shall submit an agreed upon form of order regarding the independent medical examination of defendant Richard Wezner, on or before October 12, 2006.

_____
UNITED STATES DISTRICT JUDGE