## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK BONK, as trustee of the Harry and
Patricia Bonk Irrevocable Trust, HARRY
BONK and PATRICIA BONK,

                   Plaintiffs,

         v.

RICHARD WEZNER, JOHN HANCOCK
MUTUAL LIFE INSURANCE CO. and
METLIFE, INC.,

                   Defendants.

)
)
)
)
)
)
)  C.A. No. 06-CV-00285 (KAJ)
)
)
)
)
)
)
)
)

## NOTICE OF SERVICE

I hereby certify that on this 5th day of September 2006, I caused copies of the attached **Defendant Richard Wezner's Response to Defendant John Hancock's First Request for Production of Documents** to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**
William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**
Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

505971_1

EDWARDS & ANGELL PALMER &
  DODGE LLP

Denise Seastone Kraft (No. 2778)
919 North Market Street, Suite 1500
Wilmington, DE 19801
302.425.7106
888.325.0741 (fax)

*Attorney for Defendant Richard S. Wezner*

_505971_1/

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on September 5, 2006, a true and correct copy of the attached **NOTICE OF SERVICE** was served in the manner indicated on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| **VIA HAND DELIVERY** | **VIA U.S. FIRST CLASS MAIL** |
|---|---|
| William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>919 North Market Street<br>18th Floor<br>Wilmington, DE 19801 | Robert P. Lesko, Esquire<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07101 |
| Thomas G. Whalen, Jr., Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | William J. Payne, Esquire<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>P. O. Box 62330<br>King of Prussia, PA 19406 |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | |

**EDWARDS ANGELL PALMER & DODGE LLP**

Denise Seastone Kraft (I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
dkraft@eapdlaw.com