IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br>     Plaintiffs, <br><br>   v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-285 KAJ |

## NOTICE OF SERVICE

I, William F. Taylor, Jr., Esquire, do hereby certify that on this 30th day of August, 2006, a true and correct copy of the **Defendant MetLife, Inc.'s Initial Disclosures** was caused to be served upon the persons listed below via first class mail:

| | |
|---|---|
| David E. Wilks, Esq. <br> Reed Smith LLP <br> 1201 Market Street, Suite 1500 <br> Wilmington, Delaware 19801-1163 | Denise Seastone Kraft, Esq. <br> Edwards Angell Palmer & Dodge LLP <br> 919 North Market Street, 15th Floor <br> Wilmington, DE 19801 |
| John J. Tumilty, Esq. <br> Partner <br> Edwards Angell Palmer & Dodge LLP <br> 111 Huntington Avenue <br> Boston, MA 02199 | William J. Payne, Esq. <br> Stevens & Lee, PC <br> 620 Freedom Business Center, Suite 200 <br> PO Box 62330 <br> King of Prussia, PA 19406 |

**McCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE # 2936)
Robert P. Lesko, pro hac vice
919 North Market Street, Suite 1800
Post Office Box 111
Wilmington, Delaware 19899
(302) 984-6300
(302) 984-6399 Facsimile

Attorneys for Defendant, MetLife, Inc.

DATED: September 7, 2006

1

ME1\5830492.1