IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 06-CV-00285 (KAJ)<br>)<br>) |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that on this 25th day of September 2006, I caused two copies of the attached **Defendant Richard Wezner's Response To Plaintiffs' First Request For Production of Documents** to be served to the following in the manner indicated:

**VIA HAND DELIVERY**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center,
Suite 200
King of Prussia, PA 19406

Dated: September 25, 2006

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com

*Attorneys for Defendant Richard Wezner*

**OF COUNSEL:**

John J. Tumilty (Admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.239.0100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-CV-00285 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF SERVICE** was served upon the following in the manner indicated:

**VIA HAND DELIVERY**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 North Market Street
18th Floor
Wilmington, DE  19801

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

David E. Wilks, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801

**VIA U.S. FIRST CLASS MAIL**

Robert P. Lesko, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center,
Suite 200
King of Prussia, PA  19406

Dated: September 25, 2006

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Denise Kraft
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com

*Attorneys for Defendant Richard Wezner*

**OF COUNSEL:**

John J. Tumilty (Admitted *pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.239.0100