IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK<br><br>Plaintiffs<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC.,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-285-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 11, 2006, John Hancock Variable Life Insurance ("Defendant") caused a true and correct copy of *DEFENDANT JOHN HANCOCK'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS* to be served upon the parties listed below in the manner indicated:

*Via E-mail and Regular Mail*
David E. Wilks, Esquire
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Attorney for Plaintiffs

*Via Regular Mail*
William F. Taylor, Jr. Esquire
McCarter & English, LLP
919 North Market Street, 18th Floor
Wilmington, DE 19899
Attorney for MetLife, Inc.

*Via Regular Mail*
John J. Tumilty, Esquire
Julia E. Green, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorneys for Richard S. Wezner

*Via Regular Mail*
Robert Lesko, Esq.
McCarter & English, LLP
Gateway Four
100 Mulberry Street
Newark, NJ 07102
Attorneys for Metropolitan Life Insurance

SL1 672675v1/010155.00033

*Via Regular Mail*
Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market St., 15th Floor
Wilmington, DE 19801
Attorney for Richard S. Wezner

.

Dated: October 11, 2006

STEVENS & LEE, P.C.

By _____
Joseph Grey ( No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: 302-654-5181
E-mails: jg@stevenslee.com
        tgw@stevenslee.com
-and-

William J. Payne (Admitted Pro Hac Vice)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

*Attorneys for Defendant, John Hancock Variable Life Insurance Company*

## CERTIFICATE OF SERVICE

This will certify that on October 11, 2006, a true and correct copy of the foregoing Notice of Service was served upon the parties listed below in the manner indicated and electronically through the Court's CM/ECF system, addressed as follows:

*Via E-mail and Regular Mail*
David E. Wilks, Esquire
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Attorney for Plaintiffs

*Via Regular Mail*
William F. Taylor, Jr. Esquire
McCarter & English, LLP
919 North Market Street, 18th Floor
Wilmington, DE 19899
Attorney for MetLife, Inc.

*Via Regular Mail*
John J. Tumilty, Esquire
Julia E. Green, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Attorneys for Richard S. Wezner

*Via Regular Mail*
Robert Lesko, Esq.
McCarter & English, LLP
Gateway Four
100 Mulberry Street
Newark, NJ 07102
Attorneys for Metropolitan Life Insurance

*Via Regular Mail*
Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market St., 15th Floor
Wilmington, DE 19801
Attorney for Richard S. Wezner

Thomas G. Whalen, Jr.