# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

October 12, 2006

The Honorable Judge Kent A. Jordan
U.S. District Court for the
District of Delaware
Room 4209, Lockbox 10
844 North King Street
Wilmington, DE  19801

      Re:   *Mark Bonk, et al. v. Richard Wezner, et al.*
               C.A. No. 06-CV-00285 (KAJ)

Dear Judge Jordan:

Our firm represents defendant Richard Wezner in this matter.  On August 28, 2006 the Court
conducted a hearing on the motion for a protective order filed by defendant Richard Wezner.  At
the hearing, the Court directed the parties to report to the Court by October 12, 2006, the status
of Mr. Wezner's completion of an intensive out-patient program and his ability to assist counsel
in moving forward with discovery in this matter.  In the event Mr. Wezner's physicians had not
released him from the program, the Court further directed the parties to confer and submit an
agreed upon form of order to the Court regarding an independent medical examination of Mr.
Wezner.

We now write to inform the Court that we spoke with Mr. Wezner's treating physician today and
he informed us that Mr. Wezner's intensive out-patient program is ongoing and will be for some
time with no known end date.  Accordingly, we have consulted with counsel for the parties and
have attached for the Court's review an agreed upon proposed form of order addressing the time,
date, location, and scope of the independent medical examination of Mr. Wezner, with the
exception of paraphraph 6, relating to further hearings or use of Mr. Wezner's psychological and
psychiatric records and any other IME reports for purposes other than Mr. Wezner's pending
motion for protective order.  Plaintiff is requesting that the proposed order not include paragraph
6.

Respectfully,

Denise Seastone Kraft (Bar No. 2778)

WLM_506524_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

EDWARDS ANGELL PALMER & DODGE LLP

The Honorable Judge Kent A. Jordan
October 12, 2006
Page 2


**OF COUNSEL:**

John J. Tumilty (*Pro Hac Vice*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199
(617) 239-0100
(617) 227-4420

DSK:rrj
Enclosure

cc:     Clerk (via Electronic Filing)
        All Counsel (via Electronic Filing)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-CV-00285 (KAJ) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, a hearing was held in this matter on August 28, 2006 regarding the motion for a protective order filed by defendant Richard Wezner; and

WHEREAS, the Court directed the parties to confer and submit an agreed upon form of order to the Court by October 12, 2006, regarding the independent medical examination of defendant Richard Wezner;

IT IS HEREBY ORDERED, this ___ day of _____, 2006, that:

1. Richard Wezner shall submit to an independent medical exam to be conducted by Dr. Stephen Mechanick, a board certified psychiatrist;

2. The independent medical exam shall be conducted on November 1, 2006 at 1:00 p.m., or such mutually convenient date within the first ten (10) days of November 2006, in the offices of Dr. Mechanick located at 14 Elliott Avenue, Suite 9, Bryn Mawr, Pennsylvania;

3. Prior to the medical examination, the available psychology and psychiatry records of Mr. Wezner from 2004 until the present time will be made available to Dr. Mechanick;

4.      After examining Mr. Wezner and reviewing his psychology and psychiatry records, Dr. Mechanick shall issue a report to all parties and the Court concerning Mr. Wezner's mental, psychological and emotional condition;

5.      The psychology and psychiatry records of Mr. Wezner that are made available to Dr. Mechanick shall also be disclosed to counsel for the parties in this action on an "attorney's eyes only" basis;

6.      The psychology and psychiatry records of Mr. Wezner and any reports issued as a result of the independent medical examination of Dr. Mechanick or any other mental health professional, including R. Hallock Williams, M.D., shall not be used in this case other than in conjunction with any further hearing on the motion for a protective order filed by defendant Richard Wezner, or upon further order of the Court.

7.      The parties shall bear the cost of the independent medical examination equally as follows:  Plaintiffs shall be responsible for 25% of the cost; Mr. Wezner shall be responsible for 25% of the cost; defendant John Hancock Mutual Life Insurance Co. shall be responsible for 25% of the cost; and defendant MetLife, Inc. shall be responsible for 25% of the cost.  Payment shall be made within sixty (60) days of the presentation of the invoice from Dr. Mechanick's office.


_____
United States District Court Judge

WLM_506236_1.DOC/DKRAFT