IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-285-KAJ ) ) ) ) ) ) ) |

**ORDER**

A teleconference having been held in this matter on August 28, 2006 regarding the motion for a protective order filed by defendant Richard Wezner (D.I. 44),

IT IS HEREBY ORDERED this 13th day of October, 2006, that:

1. Richard Wezner shall submit to an independent medial exam to be conducted by Dr. Stephen Mechanick, a board certified psychiatrist;

2. The independent medical exam shall be conducted on November 1, 2006 at 1:00 p.m., or such mutually convenient date within the first ten (10) days of November 2006, in the offices of Dr. Mechanick located at 14 Elliott Avenue, Suite 9, Bryn Mawr, Pennsylvania;

3. Prior to the medical examination, the available psychology and psychiatry records of Mr. Wezner from 2004 until the present time will be made available to Dr. Mechanick;

4. After examining Mr. Wezner and reviewing his psychology and psychiatry records, Dr. Mechanick shall issue a report to all parties and the court concerning Mr. Wezner's mental, psychological and emotional condition;

5. The psychology and psychiatry records of Mr. Wezner that are made available to Dr. Mechanick shall also be disclosed to counsel for the parties in this action on an "attorney's eyes only" basis;

6. The parties shall bear the cost of the independent medical examination equally as follows: Plaintiffs shall be responsible for 25% of the cost; Mr. Wezner shall be responsible for 25% fo the cost; defendant John Hancock Mutual Life Insurance Co. Shall be responsible for 25% of the cost; and defendant MetLife, Inc. Shall be responsible for 25% of the cost. Payment shall be made within sixty (60) days of the presentation of the invoice from Dr. Mechanick's office.

*[signature]*
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware