IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-CV-00285 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (M. Machua Millett)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of M. Machua Millett of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 to represent Defendant Richard Wezner in this action.

Dated: October 31, 2006
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-425-7106
888-325-9741 (Fax)
dkraft@eapdlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for M. Machua Millett is granted.

_____
The Honorable Kent A. Jordan

Dated:_____

- 2 -

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

M. Machua Millett
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on October 31, 2006, I caused true and correct copies of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF M. MACHUA MILLETT** to be served on the parties listed in the manner indicated.

| VIA HAND DELIVERY | VIA U.S. FIRST CLASS MAIL |
|---|---|
| William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>919 North Market Street<br>18th Floor<br>Wilmington, DE 19801 | Robert P. Lesko, Esquire<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07101 |
| Thomas G. Whalen, Jr., Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | William J. Payne, Esquire<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>P. O. Box 62330<br>King of Prussia, PA 19406 |
| David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | |

EDWARDS ANGELL PALMER & DODGE LLP

Denise Seastone Kraft (I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
dkraft@eapdlaw.com