IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-285-*** |
| | : | |
| RICHARD WEZNER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that a status teleconference has been scheduled for **Tuesday, January 30, 2007 at 2:00 p.m.** with Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE