## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-285-*** |
| RICHARD WEZNER, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **31st** day of **January, 2007**,

As a result of a teleconference held with counsel on January 30, 2007,

IT IS ORDERED that the transcript of the teleconference shall serve as the Order of the Court.

IT IS FURTHER ORDERED that a hearing on the discovery related matter is scheduled for **Thursday, February 15, 2007 at 3:00 p.m.** Submissions are according to the Scheduling Order and the teleconference of January 31, 2007. Counsel are to advise the Court prior to the hearing is scheduled to occur, whether it will be necessary to proceed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE