# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

**Thad J. Bracegirdle**
Direct Phone: 302.778.7571
Email: tbracegirdle@reedsmith.com

February 1, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 8
Wilmington, DE 19801

      Re:   *Bonk v. Wezner, et al.*, C.A. No. 06-CV-285 (***)

Dear Magistrate Judge Thynge:

      I write to follow up on the recent status conference held in the above-referenced action and to inform the Court that not all parties have consented to Your Honor's jurisdiction to hear the merits of the case. I respectfully request that, if possible, Your Honor maintain the April 27, 2007 mediation conference on the Court's calendar.

      If Your Honor has any questions concerning this matter, counsel are available at the Court's convenience.

                                Respectfully,

                                Thad J. Bracegirdle
                                (Del. Bar No. 3691)

cc:   Clerk of the Court (by CM/ECF)
       All Counsel of Record (by CM/ECF)

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ NEWARK ♦ BIRMINGHAM, U.K. ♦ CENTURY CITY ♦ RICHMOND

reedsmith.com

WILLIB-52114.1