## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-285-*** |
| : | |
| RICHARD WEZNER, et al., : | |
| : | |
| Defendants. : | |

### ORDER

At Wilmington this **1st** day of **February, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, February 2, 2007 at 11:00 a.m.** with Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE