# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE   19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@EdwardsAngell.com

February 20, 2007

The Honorable Magistrate Judge Mary Pat Thynge
U.S. District Court for the
District of Delaware
Room 4209, Lockbox 10
844 North King Street
Wilmington, DE   19801

      Re:   *Mark Bonk, et al. v. Richard Wezner, et al.*
            C.A. No. 06-CV-00285 (KAJ)

Dear Judge Thynge:

On behalf of defendant Richard S. Wezner ("Mr. Wezner"), I respectfully request a postponement of the hearing scheduled for 4:00 p.m. on Wednesday February 21, 2007 concerning the independent medical examination of Mr. Wezner.

An ethical conflict issue has arisen in connection with the involvement of another party to this case which necessitates the withdrawal of my firm, Edwards Angell Palmer and Dodge, LLP, as counsel for Mr. Wezner. The issue arose at the end of last week and it became clear yesterday that we could not resolve the issue in such a way as to continue with our representation of Mr. Wezner. We do not know who Mr. Wezner's successor counsel will be, but expect to have that information shortly.

We have contacted plaintiffs' counsel, as well as counsel for the other defendants, and informed them of this issue. All counsel are available between 1:00 and 3:30 today for a teleconference, if the court desires. Counsel for the plaintiff and Mr. Wezner are generally available today at other times as well.

Respectfully,

Denise Seastone Kraft (Bar No. 2778)

cc:    Clerk (via Electronic Filing)
         All Counsel (via Electronic Filing)