IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-285-*** |
| : | |
| RICHARD WEZNER, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **2nd** day of **February, 2007**,

As a result of the letter dated February 20, 2007 to the Court from Denise Seastone Kraft ,

IT IS ORDERED that the hearing on the discovery related matter scheduled for Wednesday, February 21, 2007 at 4:00 p.m. is canceled. **Denise Seastone Kraft, Esquire** shall notify the Court within **forty-five (45) days** of the name of new counsel for Mr. Wezner.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE