

**M<sup>c</sup>CARTER ENGLISH**
ATTORNEYS AT LAW

March 28, 2007

William F. Taylor, Jr.
Partner
T. 302.984.6313
F. 302.984.2496
wtaylor@mccarter.com

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

**VIA OVERNIGHT DELIVERY**

Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

Re: Mark Bonk, et al. v. Richard Wezner, et al.
    C.A. No. 06-CV-00285 (KAJ)

Dear Judge Thynge,

We understand that current counsel for plaintiffs, Reed Smith, will be withdrawing their representation as counsel for plaintiffs. Further, as Your Honor is aware, Mr. Wezner also is in the process of obtaining new counsel. Presently, a status conference is scheduled for April 11, 2007, and mediation is scheduled for April 27, 2007. At the time of the status conference, we respectfully request that the issue of an adjournment of the mediation be discussed in light of the anticipated substitution of counsel and outstanding discovery issues.

Respectfully Submitted,

William F. Taylor, Jr.

WFT/la

cc: David E. Wilks, Esq. (via electronic mail)
    Thad J. Bracegirdle, Esq. (via electronic mail)
    Denise Seastone Kraft, Esq. (via electronic mail)
    Thomas Gerard Whalen, Jr., Esq. (via electronic mail)
    Joseph Grey, Esq. (via electronic mail)

ME1 6272918v.1