IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-285-*** |
| : | |
| RICHARD WEZNER, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **29th** day of **March, 2007**,

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Friday, March 30, 2007 at 12:30 p.m. Eastern Time. William F. Taylor, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE