IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-285 |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Penelope M. Taylor of McCarter & English, LLP, 100 Mulberry Street Newark, New Jersey 07101 to represent MetLife, Inc. in this action.

William F. Taylor, Jr. (DE # 2936)
McCarter & English, LLP
919 North Market Street, Suite 1800
Post Office Box 111
Wilmington, Delaware 19899
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

Date: 3/29/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Penelope, M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
ptaylor@mccarter.com

## ORDER GRANTING MOTION

It is hereby ordered COUNSEL'S MOTION FOR ADMISSION PRO HAC VICE IS GRANTED.

Date:_____          _____

ME1 6254542v.1

## CERTIFICATE OF SERVICE

I, William F. Taylor Jr., hereby certify that on March 29, 2007, I caused a copy of the foregoing Motion And Order For Admission Pro Hac Vice to be served upon counsel of record via electronic filing.

McCARTER & ENGLISH LLP

By: _____
William F. Taylor, Jr. (DE # 2936)
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
MetLife, Inc.

MEI 6254542v.1