File No. PI07-17449
Document No. 340031

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry<br>And Patricia Bonk Irrevocable Trust,<br>HARRY BONK and PATRICIA BONK,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN<br>HANCOCK MUTUAL LIFE<br>INSURANCE CO., and MET LIFE, INC.,<br><br>    Defendants. | C.A. No.: 06-CV 00285 (KAJ) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Denise Seastone Kraft, Esquire, John J. Tumilty, Esquire and Machua Millet, Esquire on behalf of Defendant Richard Wezner and ENTER THE APPEARANCE of Daniel P. Bennett, Esquire on behalf of Defendant Richard Wezner.

EDWARDS ANGELL PALMER & DODGE LLP

_____
DENISE SEASTONE KRAFT, I.D. #2778
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Date: March 29, 2007

EDWARDS ANGELL PALMER & DODGE LLP

_____
JOHN J. TUMILTY
111 Huntington Avenue
Boston, MA 02199
Admitted Pro Hac Vice

Date: March 29, 2007

                                    EDWARDS ANGELL PALMER & DODGE LLP

                                    */s/ DPB for*

                                    MACHUA MILLET
                                    111 Huntington Avenue
                                    Boston, MA  02199
                                    Admitted Pro Hac Vice

Date:  March 29, 2007

                                    HECKLER & FRABIZZIO

                                    */s/ DPB*

                                    DANIEL P. BENNETT, I.D. #2842
                                    The Corporate Plaza
                                    800 Delaware Avenue, Suite 200
                                    P.O. Box 128
                                    Wilmington, DE 19899-0128
                                    Attorney for Defendant Richard Wezner

Date:  March 29, 2007

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire, of Heckler & Frabizzio, do hereby certify that on the 29th day of March 2007, two true and correct copies of the Substitution of Counsel were forwarded to the below individual via regular mail:

David E. Wilks, Esquire
Thad J. Bracegirdle, Esquire
Matthew B. McGuire, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Attorneys for Plaintiffs

William F. Taylor, Esquire
McCarter & English, LLP
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
Attorney for MetLife, Inc.

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Attorneys for John Hancock Variable Life Insurance Company

_____
DANIEL P. BENNETT