IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., )<br>)<br>)<br>)<br>Defendants. ) | C. A. No. 06-285 *** |

## MOTION TO WITHDRAW

Reed Smith LLP ("Reed Smith"), counsel for plaintiffs, hereby respectfully move the Court for an order permitting it to withdraw as counsel in this matter and asserts the following in support of that motion.

1. Reed Smith LLP has served as counsel to plaintiffs in this matter. It has recently been brought to Reed Smith's attention that a conflict of interest has arisen which disqualifies it from continuing in that representation.

2. The undersigned has communicated these circumstances to plaintiffs and understands that plaintiffs will retain new counsel promptly. The undersigned will cooperate fully with plaintiffs and their new counsel to ensure a harmonious transition.

3. Reed Smith has provided a copy of this motion to plaintiffs at their last known address by registered mail.

WHEREFORE, Reed Smith respectfully requests that the Court enter an order pursuant to Local Rule 83.7 permitting it to withdraw its appearance for plaintiffs in this matter.

- 2 -

        **REED SMITH LLP**

        */s/ David E. Wilks*
        _____
        David E. Wilks (No. 2793)
        1201 Market Street, Suite 1500
        Wilmington, DE 19801
        Tel.: (302) 778.7560
        Fax: (302) 778.7575
        E-mail: dwilks@reedsmith.com
        Attorneys for Plaintiffs Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk and Patricia Bonk

Dated: March 30, 2007

## CERTIFICATE OF SERVICE

I, David E. Wilks, hereby certify that on the 30th day of March, 2007, two true and correct copies of Reed Smith LLP's Motion to Withdraw were forwarded to the below individuals in the manner indicated:

By regular mail:

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William F. Taylor, Esq.
McCarter & English, LLP
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899

Daniel P. Bennett, Esq.
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

By registered mail:

Mark Bonk
Harry Bonk
Patricia Bonk
34688 Doe Run
Lewes, DE 19958

_____
DAVID E. WILKS