IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-285-*** |
| RICHARD WEZNER, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **30th** day of **March, 2007**,

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Friday, April 13, 2007 at 9:00 a.m. Eastern Time** to discuss the status of the case, the mediation now scheduled for April 27, 2007 and the back up date for mediation of May 29, 2007. **William F. Taylor, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE