# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK BONK, as trustee of the Harry and    *
Patricia Bonk Irrevocable Trust, HARRY    *
BONK, and PATRICIA BONK    *    C.A. No. 06-CV-00285 ***
   *
         Plaintiffs,    *
   *
     v.    *
   *
RICHARD WEZNER, JOHN HANCOCK    *
MUTUAL LIFE INSURANCE CP., and    *
METLIFE, INC.,    *
INC.    *
   *
         Defendants.    *
   *

---

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Seitz, Van Ogtrop & Green, P.A., by and through R. Karl Hill, Esquire and Patricia P. McGonigle, Esquire on behalf of Plaintiffs Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk and Patricia Bonk.

**SEITZ VAN OGTROP & GREEN, P.A.**

By:    */s/ R. Karl Hill*_____
        R. Karl Hill, Esq. (No. 2747)
        Patricia P. McGonigle, Esq. (No. 3126)
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
           Attorneys for Plaintiffs

Dated:  April 12, 2007

## CERTIFICATE OF SERVICE

I, *R. Karl Hill*, Esquire, certify that a true and correct copy of the foregoing document has

been served via CM-ECF and hand delivery on this 12th day of April, 2007, to the following:


Daniel P. Bennett, Esq.
HECKLER & FRABIZZIO
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128

William F. Taylor, Jr., Esq.
MCCARTER & ENGLISH, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899


Thomas G. Whalen, Jr. Esq.
STEVENS & LEE
1105 North Market Street
7th Floor
Wilmington, DE  19801


*/s/ R. Karl Hill*
R. Karl Hill, Esquire (Bar No. 2747)