IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-285-*** |
| RICHARD WEZNER, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **20th** day of **April, 2007**,

As a result of the teleconference of April 20, 2007,

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Friday, April 27, 2007 at 3:00 p.m. Eastern Time** to address the matters discussed during the teleconference of April 20, 2007, including, but not limited to, discovery from defendant Wezner, mediation and the scheduling order. **Counsel for MetLife shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE