IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
|       Plaintiffs, | : |
| v. | : Civil Action No. 06-285-*** |
| RICHARD WEZNER, et al., | : |
|       Defendants. | : |

### ORDER

At Wilmington this **27th** day of **April, 2007**,

IT IS ORDERED that the decisions contained in the transcript of the April 27, 2007 teleconference shall serve as an Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                      /s/ Mary Pat Thynge
                                      UNITED STATES MAGISTRATE JUDGE