# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

MARK BONK, et al.,                            :
                                              :
                    Plaintiffs,               :
                                              :
          v.                                  :    Civil Action No. 06-285-***
                                              :
RICHARD WEZNER, et al.,                       :
                                              :
                    Defendants.               :

## ORDER

At Wilmington this **30**th day of **April, 2007**,

IT IS ORDERED that the competency hearing before Judge Thynge has

been scheduled for **May 15, 2007 at 4:00 p.m. in Courtroom 6C**.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


                              /s/ Mary Pat Thynge
                              UNITED STATES MAGISTRATE JUDGE