File No. PI07-17449
Document No. 345813

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry And Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and MET LIFE, INC., <br><br> Defendants. | C.A. No.: 06-CV 00285 (KAJ) |

### NOTICE OF VIDEO DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the video deposition of the following individual on the below specified date and time in the offices of Ron Lewis Associates, 550 Pinetown Road, Suite 210, Fort Washington, PA 19034.

R. Hallock Williams, M.D.        Friday, May 11, 2007 at 10:30 a.m.

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant Richard Wezner

Date: May 8, 2007
CC:  Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire, of Heckler & Frabizzio, do hereby certify that on the 8th day of May 2007, the Notice of Video Deposition of Dr. Williams was filed electronically, via regular mail, and email to the below individuals:

William F. Taylor, Esquire
McCarter & English, LLP
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Robert Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Robert P. Lesko, Esquire
Penelope Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

William J. Payne, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King of Prussia, PA 19406

/S/ Daniel P. Bennett
DANIEL P. BENNETT