IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-285<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William Taylor, hereby certify that on May 10, 2007, I caused a copy of the Defendant MetLife, Inc.'s First Request for Production Directed To Defendant Richard Wezner and this Notice of Service to be served upon counsel of record via First Class United States Mail.

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Attorneys for Plaintiffs

Daniel P. Bennett, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0218
Attorneys for Defendant
Richard Wezner

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Attorneys for Defendant
John Hancock Mutual Life Insurance
Company

MEI 6321255v.1

                                  **McCARTER & ENGLISH, LLP**

                                  /s/ William F. Taylor, Jr.
                                  William F. Taylor, Jr. (DE Bar Id. #2936)
                                  919 North Market Street, Suite 1800
                                  P.O. Box 111
                                  Wilmington, Delaware 19899
                                  (302) 984-6300
                                  wtaylor@mccarter.com
                                  Attorney for Defendant
                                  MetLife, Inc.

Date: May 10, 2007

ME1 6321255v.1