## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, et al., | : | |
| Plaintiffs, | : : : | |
| v. | : : | Civil Action No. 06-285-*** |
| RICHARD WEZNER, et al., | : : | |
| Defendants. | : | |

### **ORDER**

At Wilmington, this **29th** day of **May, 2007**.

IT IS ORDERED that oral argument scheduled for Friday, June 1, 2007 at 10:00 a.m. in Courtroom 6C has been rescheduled to **Thursday, June 7, 2007 at 10:00 a.m.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE