IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BONK, AS TRUSTEE OF THE :
HARRY AND PATRICIA BONK :
IRREVOCABLE TRUST, HARRY BONK :
AND PATRICIA BONK, :
           Plaintiff(s), : C.A. NO. 06-CV 00285 (KAJ)
 :
vs. :
 :
RICHARD WEZNER, JOHN HANCOCK
MUTUAL LIFE INSURANCE CO., AND
MET LIFE, INC.,
           Defendant(s).

### NOTICE OF CHANGE OF FIRM

PLEASE TAKE NOTE that the undersigned counsel has changed firms. The new firm name and address is Mintzer Sarowitz Zeris Ledva & Meyers, 1220 Market Street, Suite 300, Wilmington, DE 19801.

                                                             MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

                                                             DANIEL P. BENNETT I.D. 2842
                                                             1220 Market Street, Suite 300
                                                             Wilmington, DE 19801
                                                             **MSZL&M File No. 004623.000001**

Dated: June 7, 2007

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, do hereby certify that on the 7th day of June 2007 two true and correct copies of Notice of Change of Firm were forwarded to counsel as follows via first class mail:

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
MCCARTER & ENGLISH, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

_____
DANIEL P. BENNETT