IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-285<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, R. Karl Hill, hereby certify that on this 13th day of June, 2007, I caused this *Notice of Service* and *Plaintiffs' Responses to Defendant MetLife, Inc.'s First Request for Production Directed to Plaintiffs* to be served upon counsel of record as follows:

<u>Via Hand Delivery</u>

William F. Taylor, Jr., Esquire (w/o documents)
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
   Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(Via U.S. Mail)

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

SEITZ, VAN OGTROP & GREEN, P.A.

_____
R. KARL HILL (DE2747)
khill@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone (302) 888-0600
Facsimile (302) 888-0606
Attorneys for Plaintiffs