### SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: 302-888-7605
Writer's E-Mail: pmcgonigle@svglaw.com

(302) 888-0600
FAX: (302) 888-0606

June 27, 2007

**Via CM/ECF and Hand Delivery**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

      RE:    Bonk v. Richard Wezner et al.,
               **Civil Action No. 06-285-UNA**

Dear Judge Thynge:

     In preparation for tomorrow's 8:30 a.m. teleconference, enclosed herewith please find a letter received today from Dr. Mechanick regarding his discussions with Dr. Williams and proposed psychiatric recommendations for a deposition of Mr. Wezner. I have provided a copy of this letter to all counsel in the case.

     Thank you.

                                                 Respectfully,

                                               PATRICIA P. McGONIGLE

PPM/drc
Enclosure
cc:    William F. Taylor, Jr., Esquire (via CM/ECF)
        Penelope M. Taylor, Esquire (via CM/ECF)
        Joseph Grey, Esquire (via CM/ECF)
        William J. Payne, Esquire (via CM/ECF)
        Daniel P. Bennett, Esquire (via CM/ECF)
        R. Karl Hill, Esquire (firm)

59913 v1

STEPHEN MECHANICK, M.D.
14 ELLIOTT AVENUE, SUITE 9
BRYN MAWR, PA 19010-3412

June 26, 2007

Patricia McGonigle, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, 15th Floor
Wilmington, Delaware 19899

Re: Bonk v. Wezner, et al., C.A. No. 06-285-KAJ

Dear Ms. McGonigle:

I called Dr. Williams and spoke with him today to discuss our psychiatric recommendations for Mr. Wezner's deposition. Dr. Williams and I agreed that it would be preferable for Mr. Wezner to be deposed in a setting that is likely to be more supportive and less stressful, e.g., his attorney's office. We recommend that Mr. Wezner be offered the opportunity to try to complete his testimony in one day. If during the course of his deposition Mr. Wezner begins to feel too stressed or tired, he should be offered the option to stop the deposition and to complete it on another day.

During the course of our conversation, Dr. Williams and I did not identify any other specific recommendations for Mr. Wezner's deposition.

Dr. Williams states that he and Mr. Stone, who is Mr. Wezner's therapist, will provide Mr. Wezner with counseling and support around the time of his deposition to help him successfully complete his deposition. Dr. Williams states that he and Mr. Stone will work on reducing Mr. Wezner's anxiety about the deposition, including addressing any unrealistic concerns that Mr. Wezner may have about his deposition and the deposition process. Dr. Williams states that he and Mr. Stone will work in their counseling of Mr. Wezner to reduce the risk of Mr. Wezner acting out, e.g.., by harming himself, to avoid the deposition.

Please let me know if you have any questions concerning this letter or if I can be of further assistance in this matter.

Sincerely,

*[signature]* Stephen Mechanick, M.D.