## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CA. No. 06-285 |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 2, 2007, counsel for Defendant John Hancock Variable Life Insurance Company (herein "John Hancock") (incorrectly referred to as "John Hancock Mutual Life Insurance Company" in the Complaint) served copies of the Responses and Objections of Defendant John Hancock to Defendant MetLife, Inc.'s First Request for Production Directed to John Hancock upon counsel of record via First Class United States Mail, postage prepaid and addressed as follows:

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 Market Street, Suite 300
Wilmington, Delaware 19801

Penelope M. Taylor, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William F. Taylor, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 11
Wilmington, DE 19899

SL1 733102v1/010155.00033

2

                                      STEVENS & LEE, P.C.

By: */s/ Joseph Grey*
Joseph Grey ( No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Fax:  302-654-5181
E-mails: jg@stevenslee.com
        tgw@stevenslee.com

- and -

William J. Payne (Admitted Pro Hac Vice)
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA  19406
Telephone:  (610) 205-6041
Fax:  (610) 371-7987
E-mails:  wjp@stevenslee.com

Dated:  July 2, 2007                Attorneys for Defendant, John Hancock
Variable Life Insurance Company