IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-285<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Daniel M. Silver, hereby certify that on July 13, 2007, I caused a copy of Defendant MetLife, Inc.'s Response to Plaintiffs' First Request for Production Directed to Defendant MetLife, Inc. and this Notice of Service to be served upon the following attorneys via electronic mail and U.S. Mail:

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Attorneys for Plaintiffs

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris Ledva & Meyers
1220 North Market Street, Suite 300
Wilmington, DE 19801

Attorneys for Defendant
Richard Wezner

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Attorneys for Defendant
John Hancock Mutual Life Insurance Company

McCARTER & ENGLISH LLP

By: /s/ Daniel M. Silver
William F. Taylor, Jr. (DE Bar Id. No. 2936)
Daniel M. Silver (DE Bar Id. No. 4758)
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19899-0111
(302) 984-6300
wtaylor@mccarter.com
dsilver@mccarter.com

Attorneys for Defendant
MetLife, Inc.

ME1 6319782v.2