IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-285<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Daniel M. Silver, hereby certify that on July 18, 2007, I caused a copy of Defendant MetLife, Inc.'s First Set of Interrogatories Directed To Plaintiff Mark Bonk, as Trustee of the Harry and Patricia Bonk Irrevocable Trust, to be served upon counsel of record via First Class United States Mail.

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Attorneys for Plaintiffs

Daniel P. Bennett, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0218

Attorneys for Defendant
Richard Wezner

Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Attorneys for Defendant
John Hancock Mutual Life Insurance Company

ME1 6318651v.1

                McCARTER & ENGLISH LLP

By:   /s/ Daniel M. Silver
       William F. Taylor, Jr. (DE Bar Id. No. 2936)
       Daniel M. Silver (DE Bar Id. No. 4758)
       Renaissance Center
       405 North King Street, 8th Floor
       Wilmington, Delaware 19899-0111
       (302) 984-6300
       wtaylor@mccarter.com
       dsilver@mccarter.com

       Attorneys for Defendant
       MetLife, Inc.