## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK BONK, AS TRUSTEE OF THE     :
HARRY AND PATRICIA BONK     :
IRREVOCABLE TRUST, HARRY BONK     :
AND PATRICIA BONK,     :
            Plaintiffs,     :
    :
vs.     :     C.A. NO. 06-CV 00285 (TBD)
    :
RICHARD WEZNER, JOHN HANCOCK     :     NON-ARBITRATION
MUTUAL LIFE INSURANCE CO., AND     :
MET LIFE, INC.,     :     TRIAL BY JURY OF 12 DEMANDED
            Defendants.     :

### <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on the 31st day of August, 2007, Defendant Richard Wezner's Responses to Defendant, Met Life, Inc.'s First Request for Production of Documents was forwarded to the attorney of record via hand delivery:

Patricia P. McGonigle, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

DANIEL P. BENNETT I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant Richard Wezner
**MSZL&M File No. 004623.000001**

Dated: August 31, 2007

303012