IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br>            Plaintiffs, <br><br>    v. <br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) ) ) ) ) C.A. No. 06-285 ) ) ) ) |

## NOTICE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 20th day of September, 2007, I caused this *Notice of Service* and *Plaintiffs' Answers and Objections to Defendant John Hancock's First Set of Interrogatories* to be filed via CM/ECF (Notice of Service only) and served upon counsel of record as follows:

<u>Via Email and US Mail, First Class</u>

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
P. O. Box 111
Wilmington, DE 19801

Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
   Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*

R. KARL HILL (DE2747)
khill@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone (302) 888-0600
Facsimile (302) 888-0606
Attorneys for Plaintiffs