IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARK BONK, et al.,                          :
                                            :
                    Plaintiffs,             :
                                            :
        v.                                  :    Civil Action No. 06-285-***
                                            :
RICHARD WEZNER, et al.,                     :
                                            :
                    Defendants.             :

## ORDER

At Wilmington this **21**st day of **September, 2007**,

As a result of the teleconference held on the above date,

IT IS ORDERED that the mediation scheduled for October 4, 2007 is

cancelled .

IT IS FURTHER ORDERED that the parties are to submit a proposed

scheduling order on or before **October 2, 2007** using the standard scheduling order of

Judge Thynge.  The parties' proposal will influence whether and when mediation will be

rescheduled.

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE