IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CA. No. 06-0285<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 19, 2007, counsel for Defendant John Hancock Variable Life Insurance Company (herein "John Hancock") (incorrectly referred to as "John Hancock Mutual Life Insurance Company" in the Complaint) served copies of John Hancock's Answers and Objections to MetLife's First Set of Interrogatories Directed to John Hancock upon counsel of record via First Class United States Mail, postage prepaid and addressed as follows:

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 Market Street, Suite 300
Wilmington, Delaware 19801

1

<div style="display: flex;">
<div>
Penelope M. Taylor, Esq.  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102
</div>
<div>
William F. Taylor, Esq.  
McCarter & English, LLP  
919 North Market Street, Suite 1800  
P.O. Box 11  
Wilmington, DE 19899
</div>
</div>

STEVENS & LEE, P.C.

By: _____
Joseph Grey (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Facsimile: 302-654-5181
E-mails: jg@stevenslee.com
　　　　　tgw@stevenslee.com

- and –

William J. Payne (Admitted Pro Hac Vice)
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P. O. Box 62330
King of Prussia, PA 19406

September 26, 2007

Attorneys for Defendant, John Hancock Variable Life Insurance Company

2

## CERTIFICATE OF SERVICE

I, JOSEPH GREY, hereby certify that, on this 26th day of September, 2007, I caused true and correct copies of the foregoing Notice of Service to be served upon counsel of record via First Class United States Mail, postage prepaid and addressed as follows:

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 Market Street, Suite 300
Wilmington, Delaware 19801

Penelope M. Taylor, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William F. Taylor, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 11
Wilmington, DE 19899
Attorneys for MetLife, Inc.

/s/ Joseph Grey
Joseph Grey