IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (UNA) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## APPLICATION BY PLAINTIFFS FOR ORAL ARGUMENT

Plaintiffs, Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk and Patricia Bonk (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby apply for oral argument pursuant to Local Rule 7.1.4 on *Plaintiffs' Motion for Leave to File First Amended Complaint* (the "Motion"). In support of this application, Plaintiffs aver that the issues presented in the Motion, both legal and factual, are sufficiently complex that oral argument would assist the Court in deciding the matters presented.

**WHEREFORE,** Plaintiffs respectfully requests that the Court schedule oral argument on the Motion at the Court's convenience.

Dated: November 9, 2007    SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
R. KARL HILL (DE2747)
khill@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600
Attorneys for Plaintiffs

61836v1

## CERTIFICATE OF SERVICE

      I, Patricia P. McGonigle, Esquire, hereby certify that on November 9, 2007, I caused the foregoing *Application by Plaintiffs for Oral Argument* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record. Further, I caused a copy of the *Application* to be served upon the following counsel via U.S. First Class Mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
  Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

61123 v1