IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (UNA) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## **INTERIM STATUS REPORT**

**I.   Nature and Stage of the Proceedings.**

The present litigation concerns claims by Harry Bonk, Patricia Bonk and Mark Bonk, as Trustee of the Harry and Patricia Bonk Irrevocable Trust (collectively, "Plaintiffs"), against their life insurance agent, Richard Wezner ("Wezner"), and certain companies Plaintiffs contend Wezner worked for or transacted business on behalf of, for injuries suffered as a result of alleged fraudulent activities. Defendants have denied liability.

The Court entered a Scheduling Order on October 3, 2007 requiring an Interim Status Report be filed on or before December 14, 2007. Presently, Plaintiffs' Motion for Leave to File First Amended Complaint (the "Motion") is pending. MetLife, Inc. ("MetLife") opposes the Motion. Briefing on the Motion was completed on November 9, 2007. Plaintiffs have requested oral argument on the Motion.

## II. Status of Discovery.

The parties are actively engaged in discovery. All parties have served and responded to written discovery. The depositions of plaintiffs Mark Bonk and Harry Bonk have been completed. The deposition of plaintiff Patricia Bonk is scheduled for December 21, 2007. Defendant John Hancock has requested that Harry Bonk's deposition be reopened for a limited purpose for fifteen (15) minutes on the day of Patricia Bonk's deposition. MetLife and Wezner do not oppose John Hancock's request, and Plaintiffs are considering this request. The deposition of Richard Wezner is scheduled for January 31, 2008. The parties expect additional depositions will be taken by all parties over the next several months. The discovery cut-off date is April 30, 2008.

## III. Miscellaneous.

A Status Conference is scheduled with the Court for January 16, 2008 at 8:30 a.m.

Dated: December 14, 2007

| | |
|---|---|
| **SEITZ, VAN OGTROP & GREEN, P.A.** | **MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP** |
| */s/ Patricia McGonigle* | */s/ Daniel P. Bennett* |
| _____ | _____ |
| R. KARL HILL (DE2747) | DANIEL P. BENNETT (DE2842) |
| khill@svglaw.com | dbennett@defensecounsel.com |
| PATRICIA P. MCGONIGLE (DE3126) | 1220 N. Market Street, Suite 300 |
| pmcgonigle@svglaw.com | Wilmington, DE  19801 |
| 222 Delaware Avenue, Suite 1500 | Telephone (302) 655-2181 |
| Wilmington, Delaware  19801 | Facsimile (302) 655-2182 |
| Telephone (302) 888-0600 | Attorneys for Richard Wezner |
| Facsimile (302) 888-0606 | |
| Attorneys for Plaintiffs | |

| **MCCARTER & ENGLISH, LLP** | **STEVENS & LEE, P.C.** |
|---|---|
| */s/ William F. Taylor, Jr.* | */s/ Joseph Grey* |
| William F. Taylor, Jr., Esquire (DE2936) | Joseph Grey, Esquire (DE2358) |
| wtaylor@mccarter.com | jg@stevenslee.com |
| Renaissance Centre | 1105 N. Market Street, 7th Floor |
| 405 N. King Street | Wilmington, DE 19801 |
| P. O. Box 111 | Telephone (302) 654-5180 |
| Wilmington, DE 19899 | Facsimile (302) 654-5181 |
| Telephone (302) 984-6300 | |
| Facsimile (302) 984-6399 | |
| - and - | - and - |
| Penelope M. Taylor, Esquire | William J. Payne, Esquire |
| McCarter & English, LLP | Stevens & Lee, P.C. |
| Four Gateway Center | 620 Freedom Business Center, Suite 200 |
| 100 Mulberry Street | P. O. Box 62330 |
| Newark, NJ 07102 | King of Prussia, PA 19406 |
| Attorneys for MetLife, Inc. | Attorneys for John Hancock Life Insurance Company |

**CERTIFICATE OF SERVICE**

  I, Patricia P. McGonigle, Esquire, hereby certify that on December 14, 2007, I caused the foregoing *Interim Status Report* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record. Further, I caused a copy of the foregoing to be served upon the following counsel via email:

| | |
|---|---|
| William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19899 | Daniel P. Bennett, Esquire<br>Mintzer Sarowitz Zeris<br>  Ledva & Meyers, LLP<br>1220 N. Market Street, Suite 300<br>Wilmington, DE 19801 |
| Penelope M. Taylor, Esquire<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Joseph Grey, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| | William J. Payne, Esquire<br>Stevens & Lee, PC<br>620 Freedom Business Center, Suite 200<br>PO Box 62330<br>King of Prussia, PA 19406 |

         /s/ Patricia P. McGonigle
         _____
         Patricia P. McGonigle (ID No. 3126)
         pmcgonigle@svglaw.com