IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-285 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

TO:  Daniel P. Bennett, Esq.
    Mintzer Sarowitz Zeris Ledva & Meyers LLP
    1220 North Market Street, Suite 300
    Wilmington, DE 19801

   R. Karl Hill, Esquire
   Patricia P. McGonigle, Esquire
   Seitz, Van Ogtrop & Green, P.A.
   222 Delaware Avenue, Suite 1500
   P.O. Box 68
   Wilmington, DE 19899

   William J. Payne, Esquire
   Stevens & Lee, P.C.
   1105 N. Market Street, 7th Floor
   Wilmington, DE 19801

**PLEASE TAKE NOTICE**, that at 2:00 p.m. on January 31, 2008, at the office of McCarter & English, Mellon Bank Center, 1735 Market Street, Suite 700, Philadelphia, Pennsylvania 19103-8501, we shall take the videotaped deposition upon oral examination of Richard Wezner before an officer authorized to administer oaths in the State of Pennsylvania.

ME1 7017552v.1

ME1\5565362.1

McCARTER & ENGLISH LLP

By: /s/ Daniel M. Silver
Daniel M. Silver (DE #4758)
dsilver@mccarter.com
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
Metropolitan Life Insurance Company

Date: January 2, 2008

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on January 2, 2008, I caused a copy of the foregoing Notice of Deposition to be served upon counsel of record via First Class United States Mail.

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Attorneys for Plaintiffs

Daniel P. Bennett, Esquire
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0218

Attorneys for Defendant
Richard Wezner

William J. Payne, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Attorneys for Defendant
John Hancock Mutual Life Insurance Company

/s/ Daniel M. Silver
Daniel M. Silver (DE #4758)

ME1 7017552v.1

ME1\5565362.1