IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    C.A. No. 06-285 (***) |
| | ) |
| **RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,** | ) ) ) ) |
| Defendants. | ) |

**AMENDED RE-NOTICE OF DEPOSITION**

**TO:**    **Daniel P. Bennett, Esq.**
**Mintzer Sarowitz Zeris Ledva & Meyers LLP**
**1220 North Market Street, Suite 300**
**Wilmington, DE 19801**

**R. Karl Hill, Esquire**
**Patricia P. McGonigle, Esquire**
**Seitz, Van Ogtrop & Green, P.A.**
**222 Delaware Avenue, Suite 1500**
**P.O. Box 68**
**Wilmington, DE 19899**

**William J. Payne, Esquire**
**Stevens & Lee, P.C.**
**1105 N. Market Street, 7th Floor**
**Wilmington, DE 19801**

**PLEASE TAKE NOTICE**, that at 2:00 p.m. on January 31, 2008, at the office of

**Mintzer Sarowitz Zeris Ledva & Meyers LLP, 1528 Walnut Street, 22nd Floor,**

**Philadelphia, Pennsylvania 19102**, we shall take the videotaped deposition upon oral

examination of Richard Wezner before an officer authorized to administer oaths in the State of

Pennsylvania.

ME1 7047978v.1

ME1\5565362.1

                                      McCARTER & ENGLISH LLP

By:   /s/ Daniel M. Silver
        Daniel M. Silver (DE #4758)
        dsilver@mccarter.com
        Renaissance Center
        405 North King Street, 8th Floor
        Wilmington, Delaware 19899-0111
        (302) 984-6300
        Attorney for Defendant
        Metropolitan Life Insurance Company

Date:  January 11, 2008

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on January 11, 2008, I caused a copy of the foregoing Notice of Deposition to be served upon counsel of record via CM/ECF.

| | |
|---|---|
| R. Karl Hill, Esquire<br>Patricia P. McGonigle, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br><br>Attorneys for Plaintiffs | Daniel P. Bennett, Esquire<br>Heckler & Frabizzio<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 200<br>P.O. Box 128<br>Wilmington, DE 19899-0218<br><br>Attorneys for Defendant<br>Richard Wezner |
| | William J. Payne, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801<br><br>Attorneys for Defendant<br>John Hancock Mutual Life Insurance Company |

/s/ Daniel M. Silver
Daniel M. Silver (DE #4758)