IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-285-*** |
| : | |
| RICHARD WEZNER, et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **16th** day of **January, 2008**,

IT IS ORDERED that the mediation has been tentatively scheduled for **May 22, 2008 at 10:00 a.m.** The parties are to advise on or before **January 22, 2008** by email with copies to all counsel whether the May mediation date is doable. Should the mediation go forward on May 22, 2008, submissions of the parties shall be due on or before **May 12, 2008** and are limited to no more than **fifteen (15) pages, double-spaced, 12 point font.** All other provisions of the Court's September 13, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE