File No.: 17449

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, AS TRUSTEE OF THE HARRY AND PATRICIA BONK IRREVOCABLE TRUST, HARRY BONK AND PATRICIA BONK,<br>    Plaintiff,<br><br>        vs.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., AND MET LIFE, INC.,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. NO. 06-CV 00285 (KAJ)<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 25th day of January 2008, Defendant Richard Wezner's Answers To Plaintiff Mark Bonk's First Set Of Interrogatories were forwarded to counsel of record via first class mail:

Kathleen M. Jennings, Esquire
OBERLY JENNINGS & RHODUNDA, PA
1220 N. Market Street, Suite 710
Wilmington, DE 19801

Patricia P. McGonigle, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

William F. Taylor, Jr., Esquire
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

369668

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Penelope M. Taylor, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William J. Payne, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King Of Prussia, PA 19406

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

DANIEL P. BENNETT I.D. 2842
1220 North Market Street, Suite 300
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant Richard Wezner

Date: January 25, 2008        MSZL&M File No. 004623.000001

369668