# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-285-*** |
| | : | |
| RICHARD WEZNER, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **19th** day of **February, 2008**,

IT IS ORDERED that the mediation is scheduled for **May 22, 2008 at 10:00 a.m.**  Submissions of the parties shall be due on or before **May 12, 2008** and are limited to no more than **fifteen (15) pages, double-spaced, 12 point font.**  All other provisions of the Court's September 13, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE