IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | : : : : |
| Plaintiffs, | : : C.A. No. 06-285 (GMS) |
| v. | : : |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., and METLIFE, INC., | : : : : |
| Defendants. | : |

### ORDER

AND NOW, this 19th day of March, 2008, based upon Defendant John Hancock's Motion to Compel Production of Subpoenaed Documents, it is hereby ORDERED AND DECREED that John Hancock's Motion is GRANTED and that Lincoln National Life Insurance Co. shall produce within five (5) business days from the date of this Order all of the documents and materials requested by John Hancock in its Subpoena Duces Tecum to Lincoln dated February 22, 2008.

ENTERED THIS 19th DAY OF MARCH 2008.

Hon. Gregory M. Sleet, Chief Judge

FILED
MAR 1 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SL1 801300v1/010155.00033