IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (GMS) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To:  William F. Taylor, Jr., Esquire  
McCarter & English, LLP  
405 N. King Street, 8th Floor  
Wilmington, DE 19899

Daniel P. Bennett, Esquire  
Mintzer Sarowitz Zeris  
 Ledva & Meyers, LLP  
1220 N. Market Street, Suite 300  
Wilmington, DE 19801

Penelope M. Taylor, Esquire  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102

Joseph Grey, Esquire  
Stevens & Lee, P.C.  
1105 N. Market Street, 7th Floor  
Wilmington, DE 19801

William J. Payne, Esquire  
Stevens & Lee, PC  
620 Freedom Business Center, Suite 200  
PO Box 62330  
King of Prussia, PA 19406

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Mike Quinn on May 7, 2008 at 10:00 a.m. The deposition will take place in the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, before an officer authorized to administer oaths in the State of Delaware.

64379 v1

        SEITZ, VAN OGTROP & GREEN, P.A.

        */s/ Patricia P. McGonigle*
        _____
        R. KARL HILL (DE2747)
        khill@svglaw.com
        PATRICIA P. MCGONIGLE (DE3126)
        pmcgonigle@svglaw.com
        222 Delaware Avenue, Suite 1500
        Wilmington, Delaware 19801
        Telephone (302) 888-0600
        Facsimile (302) 888-0606
        Attorneys for Plaintiffs

Dated: April 9, 2008

cc:    Corbett & Wilcox

## **CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

| | |
|---|---|
| William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19899 | Daniel P. Bennett, Esquire<br>Mintzer Sarowitz Zeris<br>  Ledva & Meyers, LLP<br>1220 N. Market Street, Suite 300<br>Wilmington, DE 19801 |
| Penelope M. Taylor, Esquire<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ07102 | Joseph Grey, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| | William J. Payne, Esquire<br>Stevens & Lee, PC<br>620 Freedom Business Center, Suite 200<br>PO Box 62330<br>King of Prussia, PA 19406 |

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*
_____
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com

64379 v1