IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (GMS) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To: William F. Taylor, Jr., Esquire  
McCarter & English, LLP  
405 N. King Street, 8th Floor  
Wilmington, DE 19899  

Daniel P. Bennett, Esquire  
Mintzer Sarowitz Zeris  
 Ledva & Meyers, LLP  
1220 N. Market Street, Suite 300  
Wilmington, DE 19801  

Penelope M. Taylor, Esquire  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  

Joseph Grey, Esquire  
Stevens & Lee, P.C.  
1105 N. Market Street, 7th Floor  
Wilmington, DE 19801  

William J. Payne, Esquire  
Stevens & Lee, PC  
620 Freedom Business Center, Suite 200  
PO Box 62330  
King of Prussia, PA 19406  

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Kevin C. Bedford on April 24, 2008 at 10:00 a.m. The deposition will take place in the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, before an officer authorized to administer oaths in the State of Delaware.

64372 v1

                                      SEITZ, VAN OGTROP & GREEN, P.A.

                                      */s/ Patricia P. McGonigle*

                                      _____
R. KARL HILL (DE2747)
khill@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone (302) 888-0600
Facsimile (302) 888-0606
Attorneys for Plaintiffs

Dated: April 9, 2008

cc:     Corbett & Wilcox

61325 v1

## CERTIFICATE OF SERVICE

      I, Patricia P. McGonigle, hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

| | |
|---|---|
| William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19899 | Daniel P. Bennett, Esquire<br>Mintzer Sarowitz Zeris<br>  Ledva & Meyers, LLP<br>1220 N. Market Street, Suite 300<br>Wilmington, DE 19801 |
| Penelope M. Taylor, Esquire<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Joseph Grey, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| | William J. Payne, Esquire<br>Stevens & Lee, PC<br>620 Freedom Business Center, Suite 200<br>PO Box 62330<br>King of Prussia, PA 19406 |

                                            SEITZ, VAN OGTROP & GREEN, P.A.

                                            */s/ Patricia P. McGonigle*
                                            _____
                                            PATRICIA P. MCGONIGLE (DE3126)
                                            pmcgonigle@svglaw.com