IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry | ) | |
| and Patricia Bonk Irrevocable Trust, | ) | |
| HARRY BONK and PATRICIA BONK, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 06-285 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD WEZNER, JOHN HANCOCK | ) | |
| MUTUAL LIFE INSURANCE CO. and | ) | |
| METLIFE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To:  William F. Taylor, Jr., Esquire          Daniel P. Bennett, Esquire
     McCarter & English, LLP                   Mintzer Sarowitz Zeris
     405 N. King Street, 8th Floor              Ledva & Meyers, LLP
     Wilmington, DE 19899                      1220 N. Market Street, Suite 300
                                               Wilmington, DE 19801

     Penelope M. Taylor, Esquire              Joseph Grey, Esquire
     McCarter & English, LLP                  Stevens & Lee, P.C.
     Four Gateway Center                      1105 N. Market Street, 7th Floor
     100 Mulberry Street                      Wilmington, DE 19801
     Newark, NJ  07102
                                              William J. Payne, Esquire
                                              Stevens & Lee, PC
                                              620 Freedom Business Center, Suite 200
                                              PO Box 62330
                                              King of Prussia, PA 19406

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Radley Spring on April 30, 2008 at 10:00 a.m. The deposition will take place in the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware  19801, before an officer authorized to administer oaths in the State of Delaware.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*
_____
R. KARL HILL (DE2747)
khill@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone (302) 888-0600
Facsimile (302) 888-0606
Attorneys for Plaintiffs

Dated:  April 9, 2008

cc:      Corbett & Wilcox

64377 v1

## <u>CERTIFICATE OF SERVICE</u>

I, Patricia P. McGonigle, hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899


Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
  Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801


Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801


William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406


SEITZ, VAN OGTROP & GREEN, P.A.


*/s/ Patricia P. McGonigle*

_____
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com

64377 v1