IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (GMS) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To:  William F. Taylor, Jr., Esquire                Daniel P. Bennett, Esquire
     McCarter & English, LLP                        Mintzer Sarowitz Zeris
     405 N. King Street, 8th Floor                   Ledva & Meyers, LLP
     Wilmington, DE 19899                           1220 N. Market Street, Suite 300
                                                    Wilmington, DE 19801

     Penelope M. Taylor, Esquire                    Joseph Grey, Esquire
     McCarter & English, LLP                        Stevens & Lee, P.C.
     Four Gateway Center                            1105 N. Market Street, 7th Floor
     100 Mulberry Street                            Wilmington, DE 19801
     Newark, NJ  07102

                                                    William J. Payne, Esquire
                                                    Stevens & Lee, PC
                                                    620 Freedom Business Center, Suite 200
                                                    PO Box 62330
                                                    King of Prussia, PA 19406

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Nicholas J. Mingone on April 28, 2008 at 10:00 a.m. The deposition will take place in the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware  19801, before an officer authorized to administer oaths in the State of Delaware.

64376 v1

        SEITZ, VAN OGTROP & GREEN, P.A.

        */s/ Patricia P. McGonigle*
        _____
        R. KARL HILL (DE2747)
        khill@svglaw.com
        PATRICIA P. MCGONIGLE (DE3126)
        pmcgonigle@svglaw.com
        222 Delaware Avenue, Suite 1500
        Wilmington, Delaware  19801
        Telephone (302) 888-0600
        Facsimile (302) 888-0606
        Attorneys for Plaintiffs

Dated:  April 9, 2008

cc: Corbett & Wilcox

64376 v1

# CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 9th day of April, 2008, I electronically filed the foregoing *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
  Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406


SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*
_____
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com

64376 v1