# ORIGINAL

File No.: 17449

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK BONK, AS TRUSTEE OF THE :
HARRY AND PATRICIA BONK :
IRREVOCABLE TRUST, HARRY BONK :
AND PATRICIA BONK, :
    Plaintiff, :
     :
     :
    vs. :   C.A. NO. 06-CV 00285 (KAJ)
     :
RICHARD WEZNER, JOHN HANCOCK :
MUTUAL LIFE INSURANCE CO., AND :
MET LIFE, INC., :
    Defendants. :

## MOTION FOR PROTECTIVE ORDER

**CONFIDENTIAL – FILED UNDER SEAL**
**SUBJECT TO A PROTECTIVE ORDER**

                DANIEL P. BENNETT, I.D. #2842
                Mintzer Sarowitz Zeris Ledva & Meyers
                1220 North Market Street, Suite 300
                Wilmington, DE 19801
                (302) 655-2181
                Attorney for Defendant Richard S. Wezner

Date:  April 14, 2008

# ORIGINAL