IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-285-GMS |
| | : |
| RICHARD WEZNER, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **24th** day of **April, 2008**,

IT IS ORDERED that the mediation scheduled for May 22, 2008 at 10:00 a.m. has been rescheduled to **Monday, June 23, 2008 at 10:00 a.m.** Submissions of the parties shall be due on or before **Friday, June 13, 2008** and are limited to no more than **fifteen (15) pages, double-spaced, 12 point font.** All other provisions of the Court's September 13, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE