IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-285 (***) ) |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   Daniel P. Bennett, Esq.
       Mintzer Sarowitz Zeris Ledva & Meyers LLP
       1220 North Market Street, Suite 300
       Wilmington, DE 19801

       R. Karl Hill, Esquire
       Patricia P. McGonigle, Esquire
       Seitz, Van Ogtrop & Green, P.A.
       222 Delaware Avenue, Suite 1500
       P.O. Box 68
       Wilmington, DE 19899

       William J. Payne, Esquire
       Stevens & Lee, P.C.
       1105 N. Market Street, 7th Floor
       Wilmington, DE 19801

**PLEASE TAKE NOTICE**, that at 1:00 p.m. on May 1, 2008, and continuing at 1:00 p.m. on May 2, 2008, at the office of **Mintzer Sarowitz Zeris Ledva & Meyers LLP, 1528 Walnut Street, 22nd Floor, Philadelphia, Pennsylvania 19102**, we shall take the videotaped deposition upon oral examination of Richard Wezner before an officer authorized to administer oaths in the State of Pennsylvania.

ME1 7316276v.1

ME1\5565362.1

                McCARTER & ENGLISH LLP

By:   /s/ Daniel M. Silver
       Daniel M. Silver (DE #4758)
       dsilver@mccarter.com
       Renaissance Center
       405 North King Street, 8th Floor
       Wilmington, Delaware 19899-0111
       (302) 984-6300
       Attorney for Defendant
       Metropolitan Life Insurance Company

Date:  April 25, 2008