IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 06-285 (GMS) ) |
| v. | ) ) |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) **FILED UNDER SEAL** ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT RICHARD WEZNER'S MOTION FOR PROTECTIVE ORDER**

YOU ARE IN POSSESSION OF A DOCUMENT FILED IN THE DISTRICT COURT OF
DELAWARE THAT IS CONFIDENTIAL AND FILED UNDER SEAL

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
_____
R. KARL HILL (DE2747)
khill@svglaw.com
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone (302) 888-0600
Facsimile (302) 888-0606
Attorneys for Plaintiffs

Dated: April 29, 2008

**CONFIDENTIAL – FILED UNDER SEAL. REVIEW AND ACCESS TO THIS
DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.**

# Exhibit "A"

(FILED UNDER SEAL)

# Exhibit "B"

(FILED UNDER SEAL)

**CERTIFICATE OF SERVICE**

  I, Patricia P. McGonigle, hereby certify that on this 29th day of April, 2008, I electronically filed *Plaintiffs' Response in Opposition to Defendant Richard Wezner's Motion for Protective Order (Filed Under Seal)* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel via electronic mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

John Pendleton, Esquire
Penelope M. Taylor, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
 Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center
Suite 200
PO Box 62330
King of Prussia, PA 19406


/s/ Patricia P. McGonigle
_____
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com