IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT METLIFE, INC.'S RESPONSE TO DEFENDANT
RICHARD WEZNER'S MOTION FOR PROTECTIVE ORDER**

CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

                McCARTER & ENGLISH LLP

By:  /s/ Daniel M. Silver
       Daniel M. Silver (DE Bar ID 4758)
       dsilver@mccarter.com
       Renaissance Center
       405 North King Street, 8th Floor
       Wilmington, Delaware 19899-0111
       (302) 984-6300
       Attorney for Defendant
       Metropolitan Life Insurance Company

Date: May 1, 2008

ME1 7328603v.1

**SEALED DOCUMENT**

# CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on May 1, 2008, I caused a copy of the foregoing Defendant MetLife, Inc's Opposition to Defendant Richard Wezner's Motion For Protective Order to be served upon the following counsel of record via First-Class Mail and E-mail:

| | |
|---|---|
| R. Karl Hill, Esquire<br>Patricia P. McGonigle, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Attorneys for Plaintiffs | Daniel P. Bennett, Esq.<br>Mintzer Sarowitz Zeris Ledva & Meyers LLP<br>1220 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Attorney for Defendant Richard Wezner<br><br>William J. Payne, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801<br>Attorneys for Defendant John Hancock |

McCARTER & ENGLISH LLP

By: /s/ Daniel M. Silver
Daniel M. Silver (DE Bar ID 4758)
dsilver@mccarter.com
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19899-0111
(302) 984-6300
Attorney for Defendant
Metropolitan Life Insurance Company

ME1 7328603v.1