IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 06-285 (GMS) |
| **RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,** ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF VACATION DEPOSITION

TO:   Daniel P. Bennett, Esq.
      Mintzer Sarowitz Zeris Ledva & Meyers LLP
      1220 North Market Street, Suite 300
      Wilmington, DE 19801

      R. Karl Hill, Esquire
      Patricia P. McGonigle, Esquire
      Seitz, Van Ogtrop & Green, P.A.
      222 Delaware Avenue, Suite 1500
      P.O. Box 68
      Wilmington, DE 19899

      William J. Payne, Esquire
      Stevens & Lee, P.C.
      1105 N. Market Street, 7th Floor
      Wilmington, DE 19801

**PLEASE TAKE NOTICE**, that the deposition previously noticed for 1:00 p.m. on May 1, 2008, and continuing at 1:00 p.m. on May 2, 2008, at the office of **Mintzer Sarowitz Zeris Ledva & Meyers LLP, 1528 Walnut Street, 22nd Floor, Philadelphia, Pennsylvania 19102**, of Richard Wezner, is hereby VACATED by agreement of the parties.

ME1 7329455v.1

ME1\5565362.1

                              McCARTER & ENGLISH LLP

By:  /s/ Daniel M. Silver
      Daniel M. Silver (DE #4758)
      dsilver@mccarter.com
      Renaissance Center
      405 North King Street, 8th Floor
      Wilmington, Delaware 19899-0111
      (302) 984-6300
      Attorney for Defendant
      Metropolitan Life Insurance Company

Date: May 1, 2008