IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BONK, et al.                    :

    Plaintiffs                   :

v.                                   : Civil Action No. 06-285 GMS

RICHARD WEZNER, et al.               :

    Defendants                   :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 2nd of May 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall:

1. Hear and determine all pretrial motions (by report and recommendation), and

2. Hear and determine all discovery disputes.

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE