IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,   Plaintiffs,   v.   RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITION

TO:  Daniel P. Bennett, Esq.
   Mintzer Sarowitz Zeris Ledva & Meyers LLP
   1220 North Market Street, Suite 300
   Wilmington, DE 19801

   R. Karl Hill, Esquire
   Patricia P. McGonigle, Esquire
   Seitz, Van Ogtrop & Green, P.A.
   222 Delaware Avenue, Suite 1500
   P.O. Box 68
   Wilmington, DE 19899

   William J. Payne, Esquire
   Stevens & Lee, P.C.
   1105 N. Market Street, 7th Floor
   Wilmington, DE 19801

**PLEASE TAKE NOTICE**, that at 12:30 p.m. on May 21, 2008, at the office of **WolfBlock LLP, Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, Delaware 19801**, we shall take the videotaped deposition upon oral examination of Richard Wezner before an officer authorized to administer oaths in the State of Delaware.

ME1 7339407v.1

                    McCARTER & ENGLISH LLP

By:  /s/ Daniel M. Silver
     Daniel M. Silver (DE #4758)
     dsilver@mccarter.com
     Renaissance Center
     405 North King Street, 8th Floor
     Wilmington, Delaware 19899-0111
     (302) 984-6300
     Attorney for Defendant
     Metropolitan Life Insurance Company

Date: May 6, 2008

ME1 7339407v.1