

**Mintzer Sarowitz
Zeris Ledva & Meyers** LLP

ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004623.000001 (17449)

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

May 7, 2008

**ELECTRONIC FILING**
The Honorable Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street
Wilmington, DE 19801

**RE:   BONK v. WEZNER, et al.
C.A. No. 06-CV 00285 (GMS)**

Your Honor:

    I am in receipt of the Court's Order dated May 2, 2008, referring the matter to Magistrate Stark for all further discovery and pre-trial matters. On behalf of Defendant Wezner, I respectfully request that, if the Court is going to reassign all pre-trial and discovery matters to a magistrate, that the Court reassign such matters to Magistrate Thynge. This case is an extremely complex case with multiple pre-trial and discovery issues. Magistrate Thynge presided over the matter for approximately 18 months, conducting many conferences with counsel during such time. Indeed, Magistrate Thynge presided over the hearing, and rendered the decision, which Mr. Wezner now seeks reconsideration based upon more recent expert opinions. Likewise, Magistrate Thynge is scheduled to mediate the case on June 23, 2008. Based upon Magistrate Thynge's knowledge and familiarity with the case, and the prior decision, Defendant Wezner suggests that it may be a more efficient use of judicial resources for Magistrate Thynge to preside over such matters, if Your Honor is inclined to refer the matter, including the pending Motion for Protective Order. I have conferred with counsel for all other parties, and there is no opposition to this request.

    The parties continue to assume that Your Honor shall hear all dispositive motions currently pending in the case, as well as those to be filed in the future. The parties request that such motions not be referred to a magistrate for decision.

The Honorable Gregory M. Sleet
May 7, 2008
Page 2

    Thank you for your continued assistance in this matter. If the Court has any questions, counsel is available at the Court's convenience.

Very truly yours,

DANIEL P. BENNETT

DPB/bst/411601
Cc:    Patricia P. McGonigle, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel M. Silver Esquire
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

B. John Pendleton, Jr., Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William J. Payne, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King Of Prussia, PA 19406

The Honorable Gregory M. Sleet
May 7, 2008
Page 3

    Kathleen M. Jennings, Esquire
    WOLF BLOCK SCHORR AND SOLIS-COHEN LLP
    Wilmington Trust Center
    1100 N. Market Street, Suite 1001
    Wilmington, DE  19801