IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK BONK, et al.                      :

    Plaintiffs                        :

v.                                     : Civil Action No. 06-285 GMS

RICHARD WEZNER, et al.                 :

    Defendants                        :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___8th___ of May 2008, this matter having previously been referred to Magistrate Judge Stark on May 2, 2008;

IT IS ORDERED that the referral to Magistrate Judge Stark is hereby vacated and, consistent with 28 U.S.C. § 636(b), this case is referred to Magistrate Judge Thynge for the following:

    1. Hear and determine all pretrial motions (by report and recommendation);

    2. Hear and determine all discovery disputes; and

    3. Conduct alternate dispute resolution.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAY - 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE