IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joanne M.F. Wilcomes of McCarter & English, LLP, 100 Mulberry Street Newark, New Jersey 07102 to represent MetLife, Inc. in this action.

               McCARTER & ENGLISH LLP

By:  */s/ Daniel M. Silver*
    Daniel M. Silver (DE Bar ID 4758)
    dsilver@mccarter.com
    Renaissance Center
    405 North King Street, 8th Floor
    Wilmington, Delaware 19899-0111
    (302) 984-6300
    Attorney for Defendant
    MetLife, Inc.

Date: May 13, 2008

ME1 7362664v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Joanne M.F. Wilcomes, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
jwilcomes@mccarter.com

## ORDER GRANTING MOTION

It is hereby ordered COUNSEL'S MOTION FOR ADMISSION PRO HAC VICE IS GRANTED.

Date:_____                    _____

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on May 13, 2008, I caused a copy of the foregoing Motion And Order For Admission Pro Hac Vice to be served upon counsel of record via electronic filing.

                                                   McCARTER & ENGLISH LLP

By:   */s/ Daniel M. Silver*
        Daniel M. Silver (DE Bar ID 4758)
        Renaissance Center
        405 North King Street, 8th Floor
        Wilmington, Delaware 19899-0111
        (302) 984-6300
        Attorney for Defendant
        MetLife, Inc.

ME1 7362664v.1