

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**
ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004623.000001 (17449)

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

May 15, 2008

**ELECTRONIC FILING and HAND DELIVER**
The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19805

**CONFIDENTIAL DOCUMENTS – UNDER SEAL**

RE: **MARK BONK, v. RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., AND MET LIFE, INC.
C.A. 06-CV 00285 (GMS)**

Your Honor:

Enclosed please find a courtesy copy of the Motion for Protective Order which I filed on behalf of Mr. Wezner in the above-referenced matter. I also enclose a copy of previous correspondence forwarded to Judge Sleet regarding a hearing on this Motion. Since such time, the Court has referred these matters to Your Honor. In light of Mr. Wezner's deposition being rescheduled for Wednesday, May 21, 2008, I request that the Court notify counsel as to whether the parties will have the opportunity to be heard on such Motion prior to Mr. Wezner's continued deposition testimony.

If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/412001
Enclosure
Cc: Patricia P. McGonigle, Esquire
 SEITZ, GREEN & VAN OGROP, P.A.
 222 Delaware Avenue, Suite 1500
 P.O. Box 68
 Wilmington, DE 19899

The Honorable Mary Pat Thynge
May 15, 2008
Page 2

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel M. Silver Esquire
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

B. John Pendleton, Jr., Esquire
Joanne Wilcomes, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William J. Payne, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King Of Prussia, PA 19406

Kathleen M. Jennings, Esquire
WOLF BLOCK SCHORR AND SOLIS-COHEN LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801