IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-285 (GMS) |
| v. | ) ) | |
| RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

To:  William F. Taylor, Jr., Esquire  
McCarter & English, LLP  
405 N. King Street, 8th Floor  
Wilmington, DE 19899  

John Pendleton, Esquire  
Joanne Wilcomes, Esquire  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  

Daniel P. Bennett, Esquire  
Mintzer Sarowitz Zeris  
 Ledva & Meyers, LLP  
1220 N. Market Street, Suite 300  
Wilmington, DE 19801  

Joseph Grey, Esquire  
Stevens & Lee, P.C.  
1105 N. Market Street, 7th Floor  
Wilmington, DE 19801  

William J. Payne, Esquire  
Stevens & Lee, PC  
620 Freedom Business Center, Suite 200  
PO Box 62330  
King of Prussia, PA 19406  

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Kevin Bedford** on June 9, 2008 at 10:00 a.m. The deposition will take place in the offices of **Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801**, before an officer authorized to administer oaths in the State of Delaware.

65055 v1

        SEITZ, VAN OGTROP & GREEN, P.A.

        */s/ Patricia P. McGonigle*

        _____
        R. KARL HILL (DE2747)
        khill@svglaw.com
        PATRICIA P. MCGONIGLE (DE3126)
        pmcgonigle@svglaw.com
        222 Delaware Avenue, Suite 1500
        Wilmington, Delaware  19801
        Telephone (302) 888-0600
        Facsimile (302) 888-0606
        Attorneys for Plaintiffs

Dated:  May 16, 2008

cc:    Corbett & Wilcox

**CERTIFICATE OF SERVICE**

      I, Patricia P. McGonigle, hereby certify that on this 16th day of May, 2008, I electronically filed the foregoing Re-*Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

John Pendleton, Esquire
Joanne Wilcomes, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
  Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406

        SEITZ, VAN OGTROP & GREEN, P.A.

        */s/ Patricia P. McGonigle*

        PATRICIA P. MCGONIGLE (DE3126)
        pmcgonigle@svglaw.com

61325 v1