IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-285-GMS |
| RICHARD WEZNER, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **19th** day of **May, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 20, 2008 at 11:00 a.m.** with Judge Thynge.  **Daniel P. Bennett, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE