IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, AS TRUSTEE OF THE HARRY AND PATRICIA BONK IRREVOCABLE TRUST, HARRY BONK AND PATRICIA BONK,<br>　　Plaintiff,<br><br>　　vs.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., AND MET LIFE, INC.,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. NO. 06-CV 00285 (KAJ)<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of May 2008, Defendant Richard Wezner's Answers to Defendant John Hancock's First Set Of Interrogatories were forwarded to counsel of record via hand delivery:

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801

Daniel M. Silver, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Patricia P. McGonigle, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

6

Penelope M. Taylor, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William J. Payne, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King Of Prussia, PA 19406

                              MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

                              _____
                              DANIEL P. BENNETT I.D. 2842
                              1220 North Market Street, Suite 300
                              Wilmington, DE 19801
                              (302) 655-2181
                              Attorney for Defendant Richard S. Wezner
Date: May 21, 2008            MSZL&M File No. 004623.000002

7