# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-285-GMS/MPT |
| RICHARD WEZNER, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **22ⁿᵈ** day of **May, 2008**,

Consistent with the oral order made during the teleconference of May 20, 2008,

IT IS ORDERED that Wezner's motion for protective order is denied without prejudice.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE