

**Mintzer Sarowitz Zeris Ledva & Meyers** LLP

ATTORNEYS AT LAW

1220 N. Market Street, Suite 300
Wilmington, DE 19801
Tel: 302.655.2181
Fax: 302.655.2182
www.defensecounsel.com

E-mail: dbennett@defensecounsel.com

File No. 004623.000001

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Dominion Tower,
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 N. Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

May 22, 2008

**ELECTRONIC FILING and HAND DELIVER**
The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19805

RE:    **MARK BONK, v. RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., AND MET LIFE, INC.**
    **C.A. 06-CV 00285 (GMS)**

Your Honor:

    As you are aware, mediation is scheduled to occur in the above-referenced matter on Monday, June 23, 2008. As you are further aware, another similar case is pending in the Superior Court, <u>Simeone v. Wezner and Met Life</u>. Jeffrey Weiner, Esquire represents the Plaintiffs in that matter. The parties in that matter have been attempting to schedule mediation, but have been unable to agree upon a mediator. After careful consideration by all parties, counsel in the <u>Simeone</u> action request that Your Honor mediate the <u>Simeone</u> matter, in conjunction with the mediation of the <u>Bonk</u> matter, on June 23, 2008, if you are willing to do so. These cases involve many of the same issues, and primarily the same parties. The only additional party to the <u>Bonk</u> action is John Hancock. Counsel for John Hancock is currently attempting to receive permission from his client to proceed in this manner.

    Considering that Mr. Wezner's insurance coverage through AIG was issued on an aggregate basis, and both the <u>Bonk</u> and <u>Simeone</u> claims occur in the same policy year, all parties agree that the most productive use of counsel, and the Court's time, is to attempt to mediate these cases at the same time.

The Honorable Mary Pat Thynge
May 22, 2008
Page 2


      Thank you for your consideration in this matter. If you are able, and willing, to serve as mediator for the <u>Simeone</u> action, please so advise. Likewise, if the Court has any questions, counsel is available at Your Honor's convenience.

                                    Respectfully yours,

                                      DANIEL P. BENNETT

DPB/bst/429541
Enclosure
Cc:    Patricia P. McGonigle, Esquire
        SEITZ, GREEN & VAN OGROP, P.A.
        222 Delaware Avenue, Suite 1500
        P.O. Box 68
        Wilmington, DE 19899

        R. Karl Hill, Esquire
        SEITZ, GREEN & VAN OGROP, P.A.
        222 Delaware Avenue, Suite 1500
        P.O. Box 68
        Wilmington, DE 19899

        Daniel M. Silver Esquire
        MCCARTER & ENGLISH, LLP
        405 N. King Street, 8th Floor
        Wilmington, DE  19801

        Joseph Grey, Esquire
        STEVENS & LEE, P.C.
        1105 N. Market Street, 7th Floor
        Wilmington, DE 19801

        B. John Pendleton, Jr., Esquire
        Joanne Wilcomes, Esquire
        MCCARTER & ENGLISH, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ  07102

        William J. Payne, Esquire
        STEVENS & LEE, P.C.
        620 Freedom Business Center, Suite 200
        P.O. Box 62330
        King Of Prussia, PA  19406

The Honorable Mary Pat Thynge
May 22, 2008
Page 3

      Kathleen M. Jennings, Esquire
      WOLF BLOCK SCHORR AND SOLIS-COHEN LLP
      Wilmington Trust Center
      1100 N. Market Street, Suite 1001
      Wilmington, DE  19801

      Jeffrey M. Weiner, Esquire
      LAW OFFICES OF JEFFREY M. WEINER, PA
      1332 King Street
      Wilmington, DE  19801