# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MARK BONK, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-285-GMS/MPT |
| | : | |
| RICHARD WEZNER, et al., | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

At Wilmington this **27**th day of **May, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 28, 2008 at 11:00 a.m.** with Judge Thynge to discuss Mr. Bennett's letter to Judge Thynge dated May 22, 2008 (D.I. 169) regarding the mediation of *Simeone v. Wezner and Met Life.* **Daniel P. Bennett, Esquire shall initiate the teleconference call and shall include all counsel from both matters.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE