IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 06-285 (GMS) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of B. John Pendleton, Jr., of McCarter & English, LLP, 100 Mulberry Street Newark, New Jersey 07102 to represent MetLife, Inc. in this action.

                  McCARTER & ENGLISH LLP

            By: */s/ Daniel M. Silver*
                Daniel M. Silver (DE Bar ID 4758)
                Renaissance Center
                405 North King Street, 8th Floor
                Wilmington, Delaware 19899-0111
                (302) 984-6300
                Attorney for Defendant
                MetLife, Inc.

Date: May 28, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the States of New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

B. John Pendleton, Jr., Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
jpendleton@mccarter.com

## ORDER GRANTING MOTION

It is hereby ordered COUNSEL'S MOTION FOR ADMISSION PRO HAC VICE IS GRANTED.

Date:_____        _____

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on May 28, 2008, I caused a copy of the foregoing Motion And Order For Admission Pro Hac Vice to be served upon counsel of record via electronic filing.

                                        McCARTER & ENGLISH LLP

By:   */s/ Daniel M. Silver*
       Daniel M. Silver (DE Bar ID 4758)
       Renaissance Center
       405 North King Street, 8th Floor
       Wilmington, Delaware 19899-0111
       (302) 984-6300
       Attorney for Defendant
       MetLife, Inc.