IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO. and METLIFE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITION

To:  William F. Taylor, Jr., Esquire  
McCarter & English, LLP  
405 N. King Street, 8th Floor  
Wilmington, DE 19899  

John Pendleton, Esquire  
Joanne Wilcomes, Esquire  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  

Daniel P. Bennett, Esquire  
Mintzer Sarowitz Zeris  
Ledva & Meyers, LLP  
1220 N. Market Street, Suite 300  
Wilmington, DE 19801  

Joseph Grey, Esquire  
Stevens & Lee, P.C.  
1105 N. Market Street, 7th Floor  
Wilmington, DE 19801  

William J. Payne, Esquire  
Stevens & Lee, PC  
620 Freedom Business Center, Suite 200  
PO Box 62330  
King of Prussia, PA 19406  

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Kevin Bedford** on June 9, 2008 at 2:00 p.m. The deposition will take place in the offices of **McCarter & English, LLP, 405 N. King Street, 8th Floor, Wilmington, Delaware 19801**, before an officer authorized to administer oaths in the State of Delaware.

65280 v1

                                    SEITZ, VAN OGTROP & GREEN, P.A.

                                    /s/ Patricia P. McGonigle
                                    _____
                                    R. KARL HILL (DE2747)
                                    khill@svglaw.com
                                    PATRICIA P. MCGONIGLE (DE3126)
                                    pmcgonigle@svglaw.com
                                    222 Delaware Avenue, Suite 1500
                                    Wilmington, Delaware  19801
                                    Telephone (302) 888-0600
                                    Facsimile (302) 888-0606
                                    Attorneys for Plaintiffs

Dated:  June 2, 2008

cc:     Corbett & Wilcox

61325 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 2nd day of June, 2008, I electronically filed the foregoing Re-*Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the *Notice* to be served upon the following counsel via electronic mail:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

John Pendleton, Esquire
Joanne Wilcomes, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Daniel P. Bennett, Esquire
Mintzer Sarowitz Zeris
   Ledva & Meyers, LLP
1220 N. Market Street, Suite 300
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

William J. Payne, Esquire
Stevens & Lee, PC
620 Freedom Business Center, Suite 200
PO Box 62330
King of Prussia, PA 19406


SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
_____
PATRICIA P. MCGONIGLE (DE3126)
pmcgonigle@svglaw.com

61325 v1