IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER

Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendants John Hancock Mutual Life Insurance Co. ("John Hancock") and Signator Investors, Inc. ("Signator"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for John Hancock and Signator to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint in this action shall be extended to and including August 29, 2008.

    Dated: August 6, 2008

*[Signatures on the Following Page]*

| | |
|---|---|
| **STEVENS & LEE, P.C.** | **SEITZ, VAN OGTROP & GREEN, P.A.** |
| By: /s/ Joseph Grey<br>Joseph Grey (I.D. No. 2358)<br>1105 North Market Street, Seventh Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-5180<br>Telecopy: (302) 654-5181<br>E-Mail: jg@stevenslee.com | By: /s/ Patricia McGonigle<br>R. Karl Hill (I.D. No. 2747)<br>Patricia P. McGonigle (I.D. No. 3126)<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Telephone: (302) 888-7604<br>Telecopy: (302) 888-0606<br>E-Mail: khill@svglaw.com |
| William J. Payne (Admitted Pro Hac Vice)<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>P. O. Box 62330<br>King of Prussia, PA 19406<br>Telephone: (610) 205-6041<br>Telecopy: 610) 371-7987<br>E-Mail: wjp@stevenslee.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants John Hancock Mutual Life Insurance Co. and Signator Investors, Inc.* | |

**SO ORDERED, this __ day of August, 2008**

_____
**Gregory M. Sleet, Chief Judge**

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 6th day of August, 2008, and in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing Stipulation and Order were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

R. Karl Hill, Esquire
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel P. Bennett, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers
1220 Market Street, Suite 300
Wilmington, DE 19801

Joanne Wilcomes, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William F. Taylor, Esq.
Daniel Silver, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 11
Wilmington, DE 19899

_____
Joseph Grey