File No.: 17449

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry And Patricia Bonk Irrevocable Trust, HARRY BONK AND PATRICIA BONK<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 06-CV 00285 (GMS) |

## STIPULATION AND [PROPOSED] ORDER

Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendant Richard Wezner, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant Wezner to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint (the "Complaint") in this action shall be extended to and including August 29, 2008.

The reasons for the relief sought by this Stipulation are:

1. Other Defendants have sought a similar extension of time and therefore no delay in the proceedings will result from Defendant Wezner receiving such an extension; and

747843                                                              1

2. Defendant Wezner requires additional time to formulate his response to the Complaint.

                          SEITZ, VAN OGTROP & GREEN, P.A.

                          /s/ Patricia P. McGonigle
                          R. KARL HILL, I.D. #2747
                          PATRICIA P. MCGONIGLE, I.D. #3126
                          222 Delaware Avenue, Suite 1500
                          P.O. Box 68
                          Wilmington, DE 19899

Date: August 14, 2008         Attorney for Plaintiffs


                          MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

                          /s/ Daniel P. Bennett
                          DANIEL P. BENNETT, I.D. #2842
                          Suite 300, 1220 North Market Street
                          Wilmington, DE 19801
                          (302) 655-2181

Date: August 14, 2008         Attorney for Defendant Richard Wezner


SO ORDERED this _____ day of August, 2008.


                                                        J.