IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-285 (GMS) |

## STIPULATION AND [PROPOSED] ORDER

Mark bonk, as trustee of the Harry and Patricia Bonk irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendants MetLife Securities, Inc., and Metropolitan Life Insurance Company (collectively "MetLife") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for MetLife to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint (the "Complaint") in this action shall be extended to and including September 9, 2008.

The reasons for the relief sought by this stipulation are:

(1) other defendants have sought a similar extension of time and therefore no delay in the proceedings will result from MetLife receiving such an extension;

(2) the parties are continuing to mediate the matter and work toward a potential resolution of the case; and

(3) MetLife requires additional time to formulate its response to the Complaint.

ME1 7665987v.1

McCARTER & ENGLISH LLP

/s/ _____  8/29/08
Daniel M. Silver (DE # 4758)
Renaissance Center
405 North King Street, 8th Floor
Wilmington, Delaware 19899-0111
Telephone: (302) 984-6300
Telecopy: (302) 984-6399
E-mail: dsilver@mccarter.com

Attorney for Defendants
MetLife Securities, Inc. and
Metropolitan Life Insurance Company

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ _____
R. Karl Hill (# 2747)
Patricia P. McGonigle (# 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Telephone: (302) 888-7604
Telecopy: (302) 888-0606
E-Mail: pmcgonigle@svglaw.com
Khill@svglaw.com
Attorneys for Plaintiffs

**SO ORDERED**, this ___ day of August, 2008

_____