# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK, and PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 06-285 (GMS) |

## STIPULATION AND ORDER

Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendants John Hancock Mutual Life Insurance Co. ("John Hancock") and Signator Investors, Inc. ("Signator"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for John Hancock and Signator to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint in this action shall be extended to and including September 9, 2008.

This is the second extension of this particular deadline which the parties have sought. A mediation session began on August 25, 2008 and will continue this week before Magistrate Judge Thynge. The parties hereto believe that a modest further extension will facilitate settlement discussions.

Dated: September 3, 2008

SL1 861115v1/010155.00033

| **STEVENS & LEE, P.C.** | **SEITZ, VAN OGTROP & GREEN, P.A.** |
|---|---|
| By:    */s/ Joseph Grey* <br> Joseph Grey (I.D. No. 2358) <br> 1105 North Market Street, Seventh Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 654-5180 <br> Telecopy: (302) 654-5181 <br> E-Mail: jg@stevenslee.com | By:   */s/ R. Karl Hill* <br> R. Karl Hill (I.D. No. 2747) <br> Patricia P. McGonigle (I.D. No. 3126) <br> 222 Delaware Avenue, Suite 1500 <br> P.O. Box 68 <br> Wilmington, DE 19899 <br> Telephone: (302) 888-7604 <br> Telecopy: (302) 888-0606 <br> E-Mail: khill@svglaw.com |
| William J. Payne (Admitted Pro Hac Vice) <br> STEVENS & LEE, P.C. <br> 620 Freedom Business Center, Suite 200 <br> P. O. Box 62330 <br> King of Prussia, PA 19406 <br> Telephone: (610) 205-6041 <br> Telecopy: 610) 371-7987 <br> E-Mail: wjp@stevenslee.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants John Hancock Mutual Life Insurance Co. and Signator Investors, Inc.* | |

    **SO ORDERED, this __ day of August, 2008**

------------------------------

**Gregory M. Sleet, Chief Judge**

2

CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 3rd day of September, 2008, and in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing Stipulation and Order were served by first class United States mail, postage prepaid, upon counsel at the following addresses:

| | |
|---|---|
| R. Karl Hill, Esquire<br>Patricia P. McGonigle, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899 | Daniel P. Bennett, Esquire<br>Mintzer, Sarowitz, Zeris, Ledva & Meyers<br>1220 Market Street, Suite 300<br>Wilmington, DE  19801 |
| John Pendleton, Esq.<br>Joanne Wilcomes, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102 | William F. Taylor, Esq.<br>Daniel Silver, Esq.<br>McCarter & English, LLP<br>919 North Market Street, Suite 1800<br>P.O. Box 11<br>Wilmington, DE  19899 |

    /s/ Joseph Grey
Joseph Grey