File No.: 17449

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK,  as trustee of the Harry And Patricia Bonk Irrevocable Trust, HARRY BONK AND PATRICIA BONK<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 06-CV 00285 (GMS) |

### STIPULATION AND [PROPOSED] ORDER

Mark Bonk, as trustee of the Harry and Patricia Bonk Irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendant Richard Wezner, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant Wezner to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint (the "Complaint") in this action shall be extended to and including September 9, 2008.

The reasons for the relief sought by this Stipulation are:

1.  Other Defendants have sought a similar extension of time and therefore no delay in the proceedings will result from Defendant Wezner receiving such an extension; and

747843                                                    1

2.     Defendant Wezner requires additional time to formulate his response to the Complaint.

SEITZ, VAN OGTROP & GREEN, P.A.


_____/s/ R. Karl Hill_____
R. KARL HILL, I.D. #2747
PATRICIA P. MCGONIGLE, I.D. #3126
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Date:   September 4, 2008          Attorney for Plaintiffs


MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

_____/s/ Daniel P. Bennett_____
DANIEL P. BENNETT, I.D. #2842
Suite 300, 1220 North Market Street
Wilmington, DE 19801
(302) 655-2181
Date:   September 4, 2008          Attorney for Defendant Richard Wezner



SO ORDERED this ____ day of August, 2008.



_____
                                           J.



747843                              2