IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and and Patricia Bonk Irrevocable Trust, HARRY BONK and PATRICIA BONK,<br><br>      Plaintiffs,<br><br>    v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., SIGNATOR INVESTORS, INC. (f/k/a JOHN HANCOCK DISTRIBUTORS, INC.), METLIFE SECURITIES, INC., and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-285 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER**

Mark bonk, as trustee of the Harry and Patricia Bonk irrevocable Trust, Harry Bonk, and Patricia Bonk (collectively, the "Plaintiffs") and Defendants MetLife Securities, Inc., and Metropolitan Life Insurance Company (collectively "MetLife") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for MetLife to answer, move, plead or otherwise respond to the Plaintiffs' First Amended Complaint (the "Complaint") in this action shall be extended to and including September 30, 2008.

The reasons for the relief sought by this stipulation are:

(1)    MetLife requires additional time to formulate its response to the Complaint; and

(2)    the parties are continuing to mediate the matter and work toward a potential resolution of the case.

| McCARTER & ENGLISH LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| /s/ Daniel M. Silver | /s/ R. Karl Hill |
| Daniel M. Silver (DE # 4758) | R. Karl Hill (# 2747) |
| Renaissance Center | Patricia P. McGonigle (# 3126) |
| 405 North King Street, 8th Floor | 222 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19899-0111 | P.O. Box 68 |
| Telephone: (302) 984-6300 | Wilmington, DE 19899 |
| Telecopy: (302) 984-6399 | Telephone: (302) 888-7604 |
| E-mail: dsilver@mccarter.com | Telecopy: (302) 888-0606 |
|  | E-Mail: khill@svglaw.com |
| Attorney for Defendants | |
| MetLife Securities, Inc. and | Attorneys for Plaintiffs |
| Metropolitan Life Insurance Company | |

**SO ORDERED, this __ day of September, 2008**

_____