File No.: 17449

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK BONK, as trustee of the Harry and Patricia Bonk Irrevocable Trust, HARRY BONK AND PATRICIA BONK,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WEZNER, JOHN HANCOCK MUTUAL LIFE INSURANCE CO., AND METLIFE SEECURITIES, INC., AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | C.A. NO. 06-00285 (GMS) |

**DEFENDANT RICHARD WEZNER'S ANSWER
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**Parties**

1. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

3. Defendant Wezner admits that he resides in Pennsylvania and that he was employed by MetLife Securities and/or Metlife from on or about March 1999 to April 2005. Defendant Wezner declines to respond to the remainder of Plaintiffs' allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

4. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

1

5. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

7. Defendant Wezner is without knowledge or information sufficient to form a belief as to the truth of this averment.

**Factual Background**

8. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

9. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

10. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

11. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

12. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

13. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

14. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

15. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

16. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

17. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

18. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

19. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

20. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

21. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

22. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

23. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

24. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

25. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

### COUNT I
### (Fraud)

26. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 25 of the First Amended Complaint.

27. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

28. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

29. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

30. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

31. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

32. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

33. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT II
### (Negligent Misrepresentation)

34. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 33 of the First Amended Complaint.

35. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

36. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

37. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

38. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

39. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT III
### (Restitution For Unjust Enrichment)

40. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 39 of the First Amended Complaint.

41. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

42. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

43. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

44. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT IV
### (Conversion)

45. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 44 of the First Amended Complaint.

46. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

47. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

48. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT V
### (Breach of Fiduciary Duty)

49. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 48 of the First Amended Complaint.

50. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

51. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

52. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

53. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT VI
### (Vicarious Liability as to Hancock and Signator)

54. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 53 of the First Amended Complaint.

55. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

56. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

57. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

58. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

59. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT VII
### (Vicarious Liability as to MetLife and MetLife Securities)

60. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 59 of the First Amended Complaint.

61. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

62. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

63. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

64. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

65. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT VIII
**(Declaratory Judgment)**

66. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 65 of the First Amended Complaint.

67. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## COUNT IX
**(Failure to Supervise and/or Negligent Supervision)**

68. Defendant Wezner re-alleges and incorporates herein his responses to paragraphs 1 through 67 of the First Amended Complaint.

69. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

70. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

71. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

72. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

73. Defendant Wezner declines to respond to this allegation to the extent that a response may violate his constitutional rights pursuant to the Fifth Amendment of the United States Constitution and Article 1, Section 7 of the Delaware Constitution of 1792.

## FIRST AFFIRMATIVE DEFENSE

74. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

75. The Complaint fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

## THIRD AFFIRMATIVE DEFENSE

76. Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

77. Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

78. Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

79. Plaintiffs' claims are barred, in whole or in part, by the doctrine of license.

### SEVENTH AFFIRMATIVE DEFENSE

80. Plaintiffs' claims are barred, in whole or in part, to the extent the Plaintiffs had full knowledge of and signed all paperwork related to all of the policies referenced in the Plaintiffs' Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

81. Plaintiffs' claims are barred, in whole or in part, to the extent the Plaintiffs have not suffered any injury or damages as a result of any alleged act conducted by Mr. Wezner.

### NINTH AFFIRMATIVE DEFENSE

82. Plaintiffs' claims are barred by the applicable statutes of limitations.

WHEREFORE, Defendant requests that the First Amended Complaint be dismissed, with prejudice.

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS

DANIEL P. BENNETT, I.D. 2842
Suite 300, 1220 North Market Street
Wilmington, DE 19801
(302) 655-2181
Attorney for Defendant Richard Wezner

Date:   September 9, 2008    MSZL&M File No. 004623.000001

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, ESQUIRE, do hereby certify that a true and correct copy of Defendant Richard Wezner's Answer to Plaintiffs' First Amended Complaint was forwarded by First Class Mail, postage pre-paid on the 9th day of September, 2008 as follows:

Patricia P. McGonigle, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

R. Karl Hill, Esquire
SEITZ, GREEN & VAN OGROP, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Daniel M. Silver Esquire
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

B. John Pendleton II, Esquire
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

William J. Payne, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
P.O. Box 62330
King Of Prussia, PA 19406

_____
DANIEL P. BENNETT